**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Mike Evon
      Plaintiff,

v.                 Case No.: 1:20−cv−05682
                 Honorable Beth W. Jantz

Menard, Inc.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 13, 2021:

  MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 08/12/2021. Fact discovery has been substantially completed. Parties agree that at this time further discovery should be paused while Defendant explores possibly filing a motion for summary judgment regarding liability issues. A conference regarding summary−judgment issues is set for 10/28/2021 at 10:00 a.m. by telephone. To join the call, counsel shall dial 888−273−3658 and enter access code 2217918. In order to aid the Court in preparing for a productive conference, the Court directs that the parties submit short position papers that reference the most pertinent case law and evidence in support of their respective summary judgment positions. Defense position paper is due to this Court's settlement inbox (Settlement_Correspondence_Jantz@ilnd.uscourts.gov) and to opposing counsel by 10/04/2021, and plaintiff's position paper is due by 10/12/2021. The parties are directed to review Judge Jantz's Standing Order on Summary Judgment Practice. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.