IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE EVON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 20 CV 5682 |
| ) | |
| ) | |
| MENARD, INC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

1. Defendant to file their Motion for Summary Judgment by 11/18/21;
2. Plaintiff to file a Response to said motion by 12/20/21;
3. Defendant to file a Reply by 1/10/22
4. Defendant to provide courtesy copies to the court.


/s/ Marilynn Frangella #6271920
Attorney for Defendant
FABRIZIO, HANSON, PEYLA & KAWINSKI, P.C.
116 North Chicago Street, Suite 200A
Joliet, IL 60432
815/727-5445
mfrangella.fhpk@gmail.com

/s/ Olivia Schwartz
Attorney for Plaintiff
Kralovec, Jambois & Schwartz
60 W. Randolph St, 4th floor
Chicago, IL 60601
312-782-2525
oschwartz@kjs-law.com