IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MIKE EVON,                              )
                                        )
        Plaintiff,                      )
                                        )        Case No: 20 CV 5682
v.                                      )
                                        )        [Formerly Circuit Court of
MENARD, INC,                            )        Cook County, Illinois Case
                                        )        No. 20 L 9082]
        Defendant.                      )

**DEFENDANT MENARD, INC.'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, MENARD, INC., by their attorneys, FABRIZIO, HANSON, PEYLA & KAWINSKI, P.C., and for their Motion for Summary Judgment, states as follows:

1.      Plaintiff filed the instant action alleging that Menard, Inc. was negligent in causing him to fall on an unnatural accumulation of water.

2.      Defendant filed an Answer denying all materials allegations of negligence.

3.      There is no question of fact that the Plaintiff slipped and fell on a natural accumulation of water.  See Defendant's Memorandum of Law in Support of Summary Judgment.

WHEREFORE, the Defendant, MENARD, INC., prays that this court enter judgment in their favor and against the Plaintiff.

FABRIZIO, HANSON, PEYLA & KAWINSKI, P.C.

By:      /s/ Marilynn Frangella

Marilynn Frangella # 6271920
FABRIZIO HANSON PEYLA & KAWINSKI, P.C.
Attorneys for Defendant
116 N. Chicago Street – Suite 200A
Joliet, Illinois  60432
(815) 727-5445, Ext. 1315
mfrangella.fhpk@gmail.com