Case: 1:20-cv-05682 Document #: 41-2 Filed: 01/07/22 Page 1 of 1 PageID #:357



