3086  C01

02/13/2019  09:04:00