Michael E. Evon

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MIKE EVON,                              )
                                        )
                 Plaintiff,             )
                                        )
        vs.                             )  No. 20 CV 05682
                                        )
MENARD, INC.,                           )
                                        )
                 Defendant.             )

DEPOSITION VIA ZOOM OF:
MICHAEL E. EVON

        The deposition via Zoom videoconferencing
of MICHAEL E. EVON, pursuant to notice and pursuant
to the Federal Rules of Civil Procedure for the
United States District Courts pertaining to the
taking of depositions, taken before SOPHIA KARNEZIS,
CSR, RPR, a Notary Public in and for the County of
Will, State of Illinois, at 60 West Randolph Street,
Fourth Floor, Chicago, Illinois  60601, Illinois, on
the 7th day of June, 2021, at 10:01 a.m.

Michael E. Evon

Page 2

APPEARANCES
(via Zoom:)
KRALOVEC JAMBOIS & SCHWARTZ by
MS. OLIVIA SCHWARTZ
60 West Randolph Street, Fourth Floor
Chicago, Illinois 60601
    on behalf of Plaintiff,
(via Zoom:)
FABRIZIO HANSON PEYLA AND KAWINSKI PC by
MS. MARILYNN FRANGELLA
116 North Chicago Street, Suite 200-A
Joliet, Illinois 60432
    on behalf of Defendant.
-------------------------------------------------------
INDEX

EXAMINATIONS:                    PAGE
MICHAEL E. EVON
    Direct By Ms. Frangella ...................3
    Examination By Ms. Schwartz ..............72
    Further Examination By Ms. Frangella .....74

NO EXHIBITS WERE MARKED

Page 3

THE COURT REPORTER: Before I swear in the witness, I will ask Counsel to stipulate on the record that due to the current national emergency pandemic, the court reporter may swear in the deponent even though she is not in the physical presence of the deponent, and that there is no objection to that at this time, nor will there be an objection to it at a future date.

MS. SCHWARTZ: Olivia Schwartz for the plaintiff, no objection.

MS. FRANGELLA: The defendant stipulates.

(Witness sworn.)

MS. FRANGELLA: Let the record reflect that this is the deposition of Mike Evon taken pursuant to notice and will be taken in accordance with all applicable rules.

MICHAEL E. EVON, called as a witness herein on behalf of the Defendant, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION
BY MS. FRANGELLA:

Q   Did I pronounce your last name correctly?

A   **Yes. Very good.**

Page 4

Q   Okay, great. Mr. Evon, my name is Marilynn Frangella, and I represent Menards in a lawsuit that you filed against them as a result of an incident that occurred on February 13th of 2019. And I'm going to be asking you some questions today about your background, that incident, any injuries and treatment you may have had as a result.

Have you ever had to give a deposition before?

A   **No.**

Q   As you can see, there is a court reporter on the screen today. She is going to be taking down everything that we're saying. During the deposition, only one person could speak at a time to ensure that the court reporter is able to take everything down, so if you can please be sure to wait until I'm finished with my question before you give your answer.

If you answer my question, I'm going to assume that you understood it. But if, at any point in the deposition, you don't understand my question, if you would please let me know, and I will rephrase it for you. Does that sound fair?

A   **Yes.**

Page 5

Q   Okay. All of your answers need to be out loud in spoken responses such as a "yes" or a "no." Avoid answers like "uh-huh" or "uh-uh" or nodding with your head or speaking with your hands. It needs to be a verbal response so the court reporter can take it down.

And if you need to take a break at any point, please let me know. Sound good?

A   **Okay.**

Q   All right, great. If you can state your full name including any middle name you may have?

A   **Michael Eugene Evon.**

Q   And have you ever been known by any other name?

A   **No.**

Q   What is your date of birth?

A   **3-28-49.**

Q   And based on your answers to interrogatories, you reside at 7308 Burns Road in Monee, Illinois. Is that correct?

A   **Correct.**

Q   And how long have you lived at that address?

A   **Approximately 24 years.**

Michael E. Evon

Page 6

Q   And is that a house?
A   Yes.
Q   And do you reside at that address with anyone?
A   My wife.
Q   And what is your wife's name?
A   Ellen.
Q   I'm sorry, you said Helen?
A   Ellen, E-l-l-e-n.
Q   And Ellen has the same last name?
A   Correct.
Q   And do you and Ellen have any children together?
A   Yes.
Q   Can you tell me their names and ages?
A   Melissa, 49; Jerome, 46; and Jessica, 43.
Q   And Melissa's last name?
A   Wesphal.
Q   Can you spell that for me?
A   W-e-s-p-h-a-l, I believe.
Q   And Jerome's last name is Evon?
A   Correct.
Q   And Jessica's last name?
A   Evon.

Page 7

Q   And what town does Melissa live in?
A   Chesterton, Indiana.
Q   And Jerome, where does he live?
A   New Lenox, Illinois.
Q   And where does Jessica live?
A   She's in Virginia, and I'm not sure of the town.  It might be a county, you know.
MS. FRANGELLA:  Thank you.  Off the record.
    (Discussion off the record.)
BY MS. FRANGELLA:
Q   What is your highest level of education?
A   High school.  Graduated.
Q   And are you currently employed?
A   No.
Q   And when were you last employed?
A   Not positive.  About 10 years ago.
Q   And where were you last employed?
A   That would be with the U.S. government for the Census Bureau.
Q   And what did you do for the U.S. government?
A   Took the census.
Q   And how long were you in that position?
A   It was limited.  I don't think it was more

Page 8

than six months, if that.
Q   And prior to that, where were you employed?
A   I had my own business.
Q   And what was the name of your business?
A   Gambone's Restaurant.
Q   And can you spell that for me?
A   G-a-m-b-o-n-e-s.
Q   And what years did you have that business?
A   It started in about 1985, and I'm not sure when I sold it.  I can't remember, somewhere in the '90s maybe.
Q   So you think you had it roughly ten years?
A   Probably a little more than that.  I have to check my records.
Q   And where was that located?
A   Tinley Park, Illinois.
Q   And so assuming that was in the mid-'90s, did you have any jobs in between the Census Bureau and owning Gambone's Restaurant?
A   Let me see.  I owned the restaurant -- I retired, and I believe when I was sixty -- the earliest I could take it.  63, was it, when I was 63 years old?  So that would have been -- I'm 73 now, so ten years prior.  I'm not sure on my dates there.  I

Page 9

could look up on my records if you need.
Q   No.  That's okay.  I'm just trying to get an idea of your employment history.  And have you ever been convicted of a felony?
A   No.
Q   Have you ever been convicted of a misdemeanor involving fraud or dishonesty?
A   No.
Q   Are you taking any medication today that would affect your memory or ability to testify?
A   No.
Q   And were you taking any medication on the date of the accident we're here for today?
A   No.
Q   How would you describe your general state of health on the date of the accident?
A   Excellent.
Q   Did you have any health conditions for which you had to regularly see a doctor at the time of the Menard incident?
A   No.
Q   Do you have a primary care physician today?
A   No.  He retired.
Q   And when did your doctor retire?

Michael E. Evon

Page 10

A   Approximately three years ago.
Q   You haven't seen a primary care physician since then?
A   Correct.
Q   And who was your primary care doctor that retired three years ago?
A   Dr. Kalamaris in Tinley Park.
Q   Okay.  And that's K-a-l-a-m-a-r-i-s at DuPage Medical Group?
A   I believe so, yes.
Q   And how long was Dr. Kalamaris your primary care doctor?
A   I'm going to have to guess.  Maybe 30 years, maybe more.
Q   And which location did you see Dr. Kalamaris at?
A   It was in Tinley Park.
Q   And did you have any other primary care physicians during that time besides Dr. Kalamaris?
A   No.  Not to my recollection.  I don't really see doctors very often.
Q   Okay.  And I see you're wearing glasses today?
A   Correct.

Page 11

Q   And for what condition do you wear glasses?
A   Whoa.
Q   Do you need them to read or for distance?
A   For distance, yes.
Q   Okay.  And were you wearing your glasses at the time of the Menards incident?
A   I believe I was, yes.  I need them.  I'd have to double-check.  I don't think I had contacts at that time.  I believe I was wearing glasses.
Q   And since the Menards incident, you sometimes wear contacts?
A   No, I do not.
Q   You do not, okay.  And did you review any documents to prepare for your deposition today?
A   Yes.
Q   And what documents did you review?
A   I looked at some notes I made, and I looked at some of the videotape, I believe, you guys sent out.
Q   You're talking about the store surveillance of your fall?
A   Correct.
Q   Okay.  And do you recognize yourself in the video footage?

Page 12

A   I do.
Q   And the notes that you're referring to, your attorney recently gave us some handwritten notes that were notes regarding the type of pain you had, treatment, and things you couldn't do.  Is that what you're referring to?
A   Correct.
Q   Okay.  And when did you make those notes?
A   I started them, I think, the day after or a couple days after my fall.
Q   Okay.  So on the notes it looks like it's four handwritten pages.  At the top it says emails to band mates with question marks.  What does that mean?
A   Well, after about -- I think after I played with the church on Easter, I was extremely in a lot of pain, and I couldn't play with the church band anymore.  And I had to notify them that I could no longer play with them.
Q   Okay.  And then there is a note under it, 10 o'clock, 60 West Randolph, Fourth Floor.  What is that?
A   Well, I met with my attorney on Friday.
Q   Okay.
A   And I wanted to make sure I knew where I

Page 13

was going and what time I was supposed to be there.
Q   Okay.  And underneath it has February 14th to February 28th, and then there are several entries of the type of pain you were having and things you were having difficulty doing.  Were those notes made sometime between the dates of February 14 to February 28th?
A   Correct.
Q   Okay.  And then I'm assuming underneath you had dates of March 1st to March 15th, and then you have some additional notes.  So were all of the notes made in between the dates that you have listed there?
A   Yes.
Q   Okay.  And why did you make these handwritten notes?
A   I wanted to memorialize what kind of pain I was having.
Q   For what purpose?
A   Well, the fall, I was hoping that the insurance would at least cover my medical bills.  And I just wanted to document that I had pain, and that was pretty much about it.
Q   And when you say you wanted the insurance to cover your medical bills, are you talking about

Michael E. Evon

Page 14

your own health insurance or are you talking about you wanted Menards to pay your bills?

A   I don't think I really thought through it that much.

Q   Okay.

A   I was just documenting, you know, how my body was.

Q   And so were you making these notes for the purposes of a claim that you might make or a lawsuit that you might have filed later?

A   I had thought about it.

Q   Okay.  And based on your answers to interrogatories, you're claiming injuries to your neck, right knee, low back, and left hip; does that sound correct?

A   Correct.

Q   And in your answers, you indicate that your neck pain radiates to your right shoulder?

A   Correct.

Q   Do you get any numbness and tingling into your right shoulder or right arm or hand?

A   I do not.

Q   And prior to the Menard incident, had you ever had an injury to your neck?

Page 15

A   No.

Q   And prior to the Menard incident, had you ever had any symptoms of pain or stiffness or anything in your neck?

A   No.

Q   And had you ever sought any treatment for any symptoms in your neck prior to the Menard fall?

A   No.

Q   And your right knee, I understand from your medical records that you have a history of right knee issues.  Is that correct?

A   Going back about ten years ago.

Q   And your right knee injury was as a result or at least originally from a work-related incident?

A   Correct.  With the Census Bureau.

Q   Okay.  And what happened?  Did you have a fall?

A   I had an individual who I was trying to get information from, a big muscular man who came after me, and I was getting out of the way backing up.  And if it wasn't for his wife, he would have got me.

Q   So you fell trying to get away from somebody?

A   Right.  I missed a step.  I didn't want to

Page 16

turn my back to him.

Q   And that was approximately in 2010, does that sound correct?

A   It sounds correct approximately.

Q   And then based on some of the records that your attorney provided, you treated with Dr. Rhode for your right knee?

A   Correct.

Q   And did you see anybody else besides Dr. Rhode for your right knee before the Menards fall?

A   I do not believe so, no.

Q   And do you recall the last time you would have seen Dr. Rhode prior to the Menard fall?

A   I do not.

Q   Can you tell me approximately when you last saw him prior to the fall?

A   I'd have to check my records or you might have those records.  I don't know.

Q   Well, I have records, but I'm asking you for your recollection.

A   I don't recall.  I really don't.

Q   Do you think it had been more than a year since you had seen him for your right knee?

Page 17

A   I believe so, yes.

Q   Was it more than two years?

A   Again, I can't recall.  That would have been like four or five years ago, then, from today.

Q   No.  I'm asking you when you last saw him prior to the fall.

A   Yes.  For me it would be like four or five years from today.

Q   Okay.

A   I have to remember, and I don't remember.

Q   Okay.  So as you sit here today, you don't have any estimate as to the last time you would have seen Dr. Rhode prior to the Menard fall; true?

A   No.  I'd have to check my medical records.

Q   Okay.  You keep copies of your medical records?

A   Yes.

Q   Okay.  And at the time of the Menard fall, were you still having any issues with your right knee?

A   No.

I want to rephrase that.  Earlier I know I was having a little bit of tightening of my knee, and that was probably a few years prior to the fall.

Page 18

Q  Okay.

A  I did get a -- I did get a few injections in my knee for tightening.  My knee would get a little stiff, and that would relieve the pain or the tightening of it.

Q  So when was the last time that you would have had the tightening or stiffness in the right knee prior to the Menard fall?

A  Again, don't recall.

Q  Do you have any estimate?

A  I don't.

Q  Did you have any symptoms in your right knee within six months prior to the fall?

A  I do not believe so, no.

Q  Did you have any symptoms in your knee within a year prior to the fall?

A  Again, it's pushing to the point where I really can't recall.

Q  Did you review any of your medical records to prepare for today?

A  I did not.

Q  And then whenever you last saw Dr. Rhode for your right knee, how did you leave it with him as far as future treatment?

Page 19

A  He says I need surgery.

Q  What type of surgery did he tell you you needed?  And I'm talking about before the fall.

MS. SCHWARTZ:  Yes.  I was going to say, if you could just specify as to when we were talking about that.

BY MS. FRANGELLA:

Q  Did you understand my question?  So the last time you saw Dr. Rhode prior to the Menard fall, how did you leave it with him?

A  I don't recall.  I don't recall.

Q  Okay.  You mentioned that he told you you needed surgery.  Were you talking about before the fall or after the fall?

A  After the fall.

Q  Okay.  Did Dr. Rhode ever tell you that you needed future treatment when you last saw him prior to the fall?

A  No.

Q  And you had a surgery on your right knee prior to the fall, correct?

A  Correct.

Q  And that was sometime in 2011?  Does that sound correct?

Page 20

A  That sounds correct.

Q  All right.  And were there any other surgeries discussed on your right knee prior to the fall?

A  No.

Q  Okay.  And had you ever had any issues with your low back prior to the Menard fall?

A  No.

Q  Have you ever sought any treatment for any symptoms in your low back?

A  No.

Q  And then your left hip, any issues with your left hip prior to the Menard fall?

A  No.

Q  No treatment for any left hip issues prior to the fall?

A  Not to my recollection, no.

Q  Okay.  And have you been involved in any type of personal injury since the Menards incident, whether it be a fall at home or anywhere else or a car accident, anything like that?

A  Yes.

Q  And when were you involved in another injury?

Page 21

A  I'm going to -- I think it was maybe a couple months ago.

Q  And what happened a couple months ago?

A  I broke my right leg.

Q  And how did you do that?

A  I was walking through heavy, wet snow, and my bad knee, the right one, it was almost like cement.  The snow was probably 16 to 18 inches deep from the drifting.  And when I went in there, I stepped in with my right foot.  I was pulling my left one to go forward.  My right knee gave out or did a catch, and I rolled over, and my leg stayed in the snow.  It was like cement.  So my leg stayed in there, and I rolled over to my side, and it broke.

Q  Where did this occur?

A  At a friend's house.

Q  You said a couple months ago.  So here in Illinois?

A  Oh, yeah, Illinois just down the block from me.  It was my neighbor.

Q  And do you have any claim or anything against your neighbor for that fall?

A  No.

Q  And who did you treat with following this

Michael E. Evon

Page 22

incident?

A That would have been Dr. Rhode.

Q Did you go to -- do you remember the day of the incident?

A I do not.

Q The month?

A Wow. It wasn't that long ago. I'm trying to recall. Might have been March maybe.

Q March of 2021?

A Correct.

Q And then other than Dr. Rhode, did you see anyone else?

A In what regard?

Q For the injury that you had for the fracture in your leg.

A Yes.

Q Who else did you see?

A I don't remember the name of them, but I went to an emergency like care place that took X-rays and did a splint on it the day after the incident.

Q So I'm assuming that was somewhere near your home?

A Relatively. We live in a farming area, so everything is a distance.

Page 23

(Court reporter clarification.)

A We live in a farming area, rural, so going anywhere is a drive.

BY MS. FRANGELLA:

Q And did you reinjure your right knee in that incident in March of 2021?

A No.

Q And you don't know the name of the emergency facility?

A I do not.

Q Okay.

A Something specialty. I can't remember it.

Q Okay. Is there anything that you have that you would be able to look at and maybe provide that information to your attorney later as to where you were seen?

A Yes. I just got a bill from them.

Q Okay. And then I only have like one visit with Dr. Rhode regarding that incident, and it looks like he took X-rays of your right knee following that incident? Does that sound correct?

A Well, the right knee and the leg, it was all -- the break was by my knee, so it was a high break.

Page 24

Q And did you see Dr. Rhode more than one time?

A Yes.

Q Okay. Are you still under his care for this incident?

A No.

Q And who else did you see besides the emergency room facility and Dr. Rhode?

A That's it. Now, if I can clarify.

Q Sure.

A Okay. I didn't see Dr. Rhode. I saw his assistant Mark Brodick, I believe it is, or Broderick.

Q Bordic, B-o-r-d-i-c?

A That's it, yes.

Q Okay. And then he didn't send you for any therapy or anything?

A No.

Q And has your -- I'm assuming you're no longer wearing a boot on your leg, correct?

A Oh, correct.

Q How long did you have to wear a boot?

A I believe it was six weeks.

Q And has your leg recovered from the

Page 25

fracture?

A Yes.

Q And any ongoing issues due to that fall in March --

A No.

Q -- of 2021?

A No.

Q And any other subsequent personal injuries?

A No.

Q Have you been involved in any other personal injuries prior to the Menard fall?

A Other than the Census Bureau?

Q Correct.

A Not to my recollection.

Q Have you ever filed a lawsuit for personal injuries other than the lawsuit we're here for today?

A I do not believe I ever have.

Q Okay. I'm just going to turn your attention to the accident we're here for today. I referred to the date as February 13th of 2019. Does that sound correct to you?

A It does.

Q And do you recall approximately what time you went to the store?

Michael E. Evon

Page 26

A   Approximately 9 in the morning.
Q   And what location did you go to?
A   Tinley Park Menards.
Q   And was this the closest Menards to your home?
A   No.
Q   Was this a location that you shopped at regularly?
A   Yes. It's the biggest one in, I believe, the United States. It has everything.
Q   And was there a particular purpose for your visit to the store that day?
A   Yes.
Q   And what were you going to get?
A   Coffee. It was on sale.
Q   Okay. And did you go to the store with anyone that day?
A   No. I want to rephrase that. I went with my daughter. I had her in the car.
Q   Okay. And do you recall what the weather was like that day?
A   Somewhat cold. Not bad, though.
Q   And when you say somewhat cold, do you remember whether it was above freezing or below?

Page 27

A   I do not.
Q   Was there any precipitation?
A   I do not believe there was, no.
Q   Was there any snow on the ground from a prior snowfall?
A   I can't recall that.
Q   You mentioned earlier that you reviewed the surveillance footage from the store?
A   Correct.
Q   Did you happen to see the footage of what the outside looked like on the date of your incident?
A   I did not.
Q   Do you recall whether there was any melting snow on the ground on the date of your incident?
A   I don't recall.
Q   Do you recall whether the parking lot was wet as you were entering the store?
A   Again, I do not recall.
Q   And what type of shoes were you wearing that day?
A   I believe I had gym shoes on.
Q   And which store did you go in, the "In" door or the "Out" door?
A   The "In" door.

Page 28

Q   And what happened after you walked in the "In" door?
A   I walked in, was going to get a cart, and right in front of the carts, that's where I slipped and fell.
Q   And when you walked in the door, did you notice whether there was a runner or some type of rug in front of the automatic --
A   Yes.
Q   -- door?
A   I'm sorry, I interrupted you. I apologize.
Q   That's okay. So did you notice a runner in front of the automatic door?
A   Yes, I did. And I actually stomped my feet on it.
Q   And why did you stomp your feet on the runner?
A   I do it every time I go in every store regardless of weather. It's a habit.
Q   And then you said you went to get a shopping cart, and you slipped in front of the carts?
A   Directly in front, correct.
Q   And do you know what you slipped on?
A   Was wet.

Page 29

Q   Do you know what it was that you slipped on?
A   I could only assume what it was. I don't know exactly.
Q   Whatever you slipped on, was it clear? Did it have a color to it?
A   It looked clear to me.
Q   Do you know whether it was water?
A   I think it was.
Q   Do you know, the shopping carts that were right there where you slipped, were the carts wet from the outside?
A   At the time -- I believe they were.
Q   And did you see like any puddle or anything of water or did you just know that the floor was wet because you slipped?
A   Well, when I was on my hands and knees from falling, the puddle was right underneath me.
Q   And can you tell me approximately the size of the puddle that you're talking about?
A   I really couldn't. I wasn't really trying to measure it.
Q   And when you fell, how did you fall? Did you fall backwards, forward, or to one side?

Michael E. Evon

## Page 30

A   I fell backwards and a little bit to my left side, and I hit my left hip.

Q   And when you fell backwards, did your arms like go down to break your fall or were your arms in front of you?

A   I would have to look at the video. I really don't remember, but I think -- I believe my arms went forward. I believe. I am not positive. I'd have to look at the video. I'm sure that will say everything.

Q   And when you fell backwards, did you kind of go down on your bottom and then your hip?

A   Well, I went on my hip, and then I went flat on my back and was staring at the ceiling.

Q   And did you strike your head on the floor?

A   I don't recall.

Q   And do you know if anybody witnessed your fall?

A   I believe so, yes.

Q   And who was it that you believe witnessed your fall?

A   There was an employee who was, I think, just past me when I fell. And there was another customer, I don't know who he is, but who talked to

## Page 31

me after I got up and got by a shopping cart.

Q   And the employee that you're referring to, was that the gentleman that was bringing the shopping carts in?

A   Correct.

Q   Okay. And do you know his name?

A   Do not.

Q   And do you know, as you were walking in, did you see any Menard employee bringing shopping carts in in front of you?

A   I did not immediately see that.

Q   And the water that you described on the floor where you fell, do you know how long that water was there?

A   Oh, I have no idea.

Q   Do you know if Menards was aware of the water that you described on the floor?

A   After I told them, yes.

Q   No. Prior to your fall do you know --

A   Oh, I -- sorry.

Q   That's okay. Prior to your fall, do you know whether Menards was aware of the water on the floor?

A   I would have no knowledge of that at all.

## Page 32

Q   And the employee that you described, did he tell you that he saw your fall or did you just assume he saw it because he was there right after your fall?

A   Well, I don't know if he saw it. I can't vouch for what he saw. All I can say is I fell, and he was there pretty much right away. And looking at the film, he was right there when I fell.

Q   Okay. And what you're telling me here today, is this from your memory or your review of the video?

A   A little bit of both.

Q   Okay. And did you have any conversation with the employee who was there right after your fall?

A   Yes.

Q   Okay. And tell me about that conversation.

A   I was on my hands and knees, and he said "Can you get up?" I said, "No." And he helped me up, and that was the entire conversation.

Q   And the customer that you spoke with, you stated that you don't know this person's name?

A   No.

Q   And what was the conversation with the customer?

## Page 33

A   Between a little bit of small talk, he asked me if I was okay. And I said, "I don't know. I'm a little beat up." I believe -- and I'm trying to remember. I think he said that I should file a report just to document, and if I was injured to let them know, and they'd call an ambulance for me.

Q   And you're talking about this is the conversation with the customer?

A   Correct.

Q   Okay.

A   To the best of my recollection, right.

Q   And did you see any water on the floor prior to your fall?

A   I wasn't looking.

Q   And then I'm assuming you had a conversation with somebody else from Menards after your fall?

A   Correct.

Q   And who did you talk to next?

A   I don't know anyone's name.

Q   Was it a male or a female?

A   Female.

Q   And was the person African-American, Caucasian?

Michael E. Evon

Page 34

A   Wow. I don't recall.

Q   Okay. Did you talk to more than one Menard employee after your fall?

A   Whoa. Again, I do apologize. I don't recall.

Q   Do you remember any of the conversations you had with any of the Menards employees other than the gentleman bringing in the carts that you told me about?

A   Maybe. Hold on. Let me think about that. I went to get -- like I said, I went in there to get coffee, and I had the cart and was having little difficulty going. And I saw, I think, an employee in the back because I didn't see the coffee, and they said they didn't have any.

Q   Okay. I was talking more conversations about your fall.

A   Oh, you mean like the desk people?

Q   Yeah. Let's just back up for a minute. So after your fall, the employee who was bringing in the carts helped you up; correct?

A   Correct.

Q   And then he asked you whether you were okay?

Page 35

A   No, no, no. The employee didn't. The employee didn't even ask me if I was okay. He just asked if I could get up, and I said, "no." And he picked me up, and that was the end of it, and then he walked away.

Q   Okay. And then after he helped you up, what did you do?

A   I got a cart because I planned on getting the coffee my wife sent me for.

Q   Okay. And then did you, then, proceed to go into the store to shop for your coffee?

A   I did.

Q   And immediately after the fall, were you having any symptoms anywhere in your body?

A   Oh, yeah. My hip was killing me, and I was limping.

Q   And did you have any issues with limping prior to the fall?

A   No.

Q   And then did you go anywhere else in the store besides to the area where they have the coffee?

A   No.

Q   And before you left, I'm assuming you went to the desk and filled out a report; correct?

Page 36

A   Correct.

Q   And how long were you walking around the store shopping before you went back to the desk to fill out a report?

A   I'm going to say approximately maybe four minutes.

Q   And were you having any other symptoms other than your left hip was bothering you and you were limping?

A   I don't recall.

Q   And then when you went to the desk, do you know who you spoke with?

A   I do not.

Q   Can you tell me about the conversation you had with the person at the desk?

A   Yes. To the best that I can remember, I told them I fell. And she got, I think, something out to make a report or she was on the computer. I don't really remember. And I told her that I fell, and I wanted to make sure that she knew I was injured at that time and to make sure that they knew where the water was, the pool of water, so that they could take care of it so nobody else would fall.

And I believe I pointed out from the desk

Page 37

the pool of water that I saw in front of the carts. I think I showed her. I said, "You can see it from here," I believe. And I said, "You should get somebody to mop that up," and I think she got the guy who picked me up to mop up the floors there.

Q   And were you present when the employee mopped up the floor?

A   I was not. Well, I didn't see him. I might have been present, but I didn't see him.

Q   So as you were standing there at the desk, did you see anybody come out with a mop bucket?

A   I did not.

Q   Okay. And then did this employee that you spoke to, did they offer medical attention?

A   No.

Q   Did you tell them that you needed an ambulance?

A   I did not. I wanted to make -- first off, just to make it clear, I did not want an ambulance called. I had my puppy with me in the car. I did not to want end up going into a hospital. I wasn't bleeding. I didn't have anything broken to my knowledge, and I could walk. So I did not want an ambulance called, have to go to a hospital, and I had

Michael E. Evon

Page 38

my puppy in the car.  Couldn't have that happen.

Q   So you had your puppy in the car.  Did you leave the car running or was the car off?

A   The car was off.

Q   So I'm assuming it wasn't that cold out if you left the dog in the car?

A   Well, I can't say.  Like I stated before, I don't know.  My dog is a Husky.  They love cold weather.  I can't get her in when it's cold out.  She rolls in the snow.  So the cold weather, if it was cold, wouldn't have mattered.  Actually, she would have enjoyed it more.

Q   And then did you speak with anyone else before you left the store?

A   Other than the desk?

Q   Correct.

A   Desk area, no.

Q   And then did you take any pictures of the area where you fell?

A   Did not.

Q   And then I'm assuming you left the store?

A   Correct.

Q   And where did you go when you left the store?

Page 39

A   When I left the store, I went to the Menards in Matteson.

Q   And I'm assuming you went for the coffee that was on sale?

A   That my wife sent me for.  You got it.

Q   All right.  And then were you able to get your coffee that day?

A   I was.

Q   And did you shop for anything else at the Matteson store?

A   No.

Q   And then after you left the Matteson store, did you go home?

A   Yes.

Q   And were you having any additional symptoms by that time besides your left hip pain?

A   When I got home, I laid down, and I didn't wake up again until my wife got home from work at about 3 o'clock.

Q   And then when you woke up at 3 o'clock, were you having any additional symptoms?

A   Yes.

Q   And what were those?

A   Well, I had -- my neck was starting to hurt

Page 40

a lot.  My hip was hurting a lot.  My knee was just starting to hurt.  And I don't want to say I had a headache, you know, like a headache, but I had a pain in my head.

Q   And then I'm assuming you told your wife of the incident?

A   I did.

Q   And did you seek any medical care that day?

A   Did not.

Q   And then when was the first time you sought medical care?

A   The next day.

Q   And who was that with?

A   I called Dr. Rhode's office.

Q   Okay.  And based on the records I have, it looks like you went to see him on the 18th of February, about five days later.  Does that sound correct?

A   Could be correct, yes.

Q   Okay.  And what were your complaints to Dr. Rhode when you saw him following the accident?

A   Well, it's over two years ago.  To the best of my recollection I was telling him about my hip, my neck and back, and my knee.  I also had a problem

Page 41

with my arm and shoulder, and he gave me an injection in there, I think, right away if I remember correctly.

Q   Are we talking about your right shoulder?

A   Correct.

Q   So he gave you like a steroid injection in the shoulder?

A   I believe that's what it is, yeah.

Q   Okay.  And what else did Dr. Rhode do for you besides the injection?

A   They took X-rays.

Q   And did you have an understanding as to the results of the X-rays?

A   I'm not sure.  I know nothing was broken. That's all I know.

Q   And what was the recommendation, if any, for future care?

A   I don't recall what we did.  I know I had follow-up visits.

Q   Okay.  It looks like from your records that you had an MRI of your knee?

A   Correct.

Q   So I'm assuming Dr. Rhode ordered that, correct?

Michael E. Evon

Page 42

A    Correct.

Q    And have you ever had an MRI of your knee before?

A    Yes.

Q    And when was the last time that you had one prior to the fall?

A    When I worked for the Census Bureau, which would have been about 12 years ago.

Q    Okay. And after you had the MRI of your right knee following a fall, I'm assuming Dr. Rhode discussed the results with you?

A    He did.

Q    And did you have an understanding as to what the MRI showed?

A    It said I tore -- I think it's called a meniscus.

Q    And what did Dr. Rhode recommend for the torn meniscus?

A    That I should have surgery.

Q    And did you elect to have the surgery?

A    No. Not at that time.

Q    And when you say not at that time, did you eventually have the surgery?

A    I did not.

Page 43

Q    And why was that?

A    Well, I wanted to push it off as long as possible. I have 14 acres of land that has to be taken care of. And if I had surgery during the spring or summer, my property would just -- I'd be devastated. Nothing would get done.

Q    And the 14 acres of land that you have, do you grow things on it or what do you do with the property?

A    I -- first off, I manicure it. It's an investment in my property. I have manicured lawns. I have flower gardens. I have hanging baskets. It's almost like a park. It's so nice. And it took me 20 years to -- a little over 20 years to accomplish what I've done there. It's pretty much my retirement.

Q    So other than landscaping, you don't farm or grow anything on the property?

A    Oh, we -- we do -- I have apple orchards. I have blackberries patches, large ones. I do strawberries, blueberries. I do corn, sweet corn, and I have my organic garden, and I have a small greenhouse that we prep everything with.

Q    And do you sell anything that you farm?

Page 44

A    No. I give it away.

Q    And do you still maintain all of this today, everything you've just described as far as the farming?

A    To the best of my ability. And just so you know, it's very difficult. I work at about half the pace I used to. And since I can't do as much as I used to do, my wife actually took off from a five day a week job to a four day a week job to help out because I just couldn't do it anymore with the pain.

Q    And what does your wife do for a living?

A    She works at a grocery store.

Q    What grocery store does she work at?

A    It's called Berkot's.

Q    And what does she do at Berkot's?

A    She verifies pricing.

Q    I'm sorry?

A    She's a verifier. She verifies the prices of the products.

Q    And does she work at the location in Matteson?

A    No. No, no, no. She works at all the different stores. She travels to all the different stores.

Page 45

Q    And so you decided not to have the surgery, so did Dr. Rhode recommend any other treatment for your knee?

A    Not to my recollection. Oh, I take that back. I did get injections, which helped.

Q    Dr. Rhode gave you an injection in the knee?

A    He doesn't. Mark does.

Q    His P.A.?

A    Correct. He's the one who does the work.

Q    And how many injections did you have in your right knee following the fall?

A    I don't recall.

Q    Did you have any swelling in your right knee following the fall?

A    Oh, yes.

Q    And at some point did that swelling subside?

A    I'm not sure. It seems like it was always swollen.

Q    Always swollen meaning before the fall or after the fall?

A    After the fall.

Q    Is it still swollen today?

Michael E. Evon

## Page 46

A   Yes. It has -- yes, it is.

Q   And how many injections did you get in your knee following the fall?

A   I don't recall.

Q   Did you have any relief from the injection that you received in your knee?

A   Yes.

Q   And how would you describe the relief?

A   I didn't have as much pain, and I had more mobility.

Q   And was this the same type of injection that you had received in the past?

A   Correct.

Q   So if you had to quantify how much relief you received from the injection, how would you quantify that?

A   I could function more.

Q   Meaning did you have 50 percent pain relief, 90?

A   It's difficult to come up with a number. I don't think I can come up with a number. There were times that it worked very well and times it didn't work as well.

Q   When you say work as well, are you talking

## Page 47

about your knee or with different injections?

A   With the injections. And regardless of whether it worked or didn't, it never worked for long periods of time.

Q   In the past when you had received an injection in your knee prior to the fall, how long did the pain relief last from the injection?

A   Again, I can't qualify how long. I don't remember. It was always different.

Q   Okay. And then what other treatment did Dr. Rhode recommend for the knee other than the injections?

A   Surgery. Surgery to clean up the meniscus.

Q   Okay. And you elected not to do that, so did he recommend anything else, any therapy?

A   No.

Q   Okay. And then at some point it looks like he sent you for an MRI of your neck?

A   Correct.

Q   And did you have an understanding as to why he ordered an MRI of your neck?

A   Yes. To see why I was in so much pain.

Q   Did you have an understanding as to the results on the MRI of your neck?

## Page 48

A   Not really. I know there was a problem. They called in a specialist, neck and spine specialist to look it over, and I met with him.

Q   And you're talking about somebody that Dr. Rhode referred you to or somebody in his office?

A   They had him come in as a specialist from time to time for specifically the neck and spine issues.

Q   And was that Dr. Sinha?

A   I believe so.

Q   And so your recollection is whoever the specialist was came to Dr. Rhode's office, correct?

A   Correct.

Q   And that was his Orland Park office?

A   Correct.

Q   And assuming it was Dr. Sinha, what did he tell you about your neck?

A   He told me that he would recommend surgery and having my neck fused.

MS. FRANGELLA: Okay.

MS. SCHWARTZ: Can we take a quick break?

MS. FRANGELLA: Yes. Sure.

(Recess taken.)

## Page 49

BY MS. FRANGELLA:

Q   So it's your recollection that this spine specialist you saw at Dr. Rhode's office recommended a cervical fusion?

A   I don't know what it's called but, yeah, he wanted to go through my mouth and fuse some bones in the top.

Q   Okay.

A   I think that's what he said, yeah.

Q   Okay. And the doctor that you saw at Rhode's office, did you ever go to his office to see him or did you only see him at Dr. Rhode's office? The spine specialist.

A   Only at Rhode's office.

Q   Okay. And based on the records that I have, I show that you saw him on two occasions. Does that sound correct to you?

A   Correct. Yes.

Q   Okay. And then did that spine specialist refer you for some type of injections in your neck?

A   I think he referred me because I didn't want to get the surgery. I was kind of scared of it. I saw another specialist. It was a spine and pain doctor who did treatments on my neck.

Michael E. Evon

Page 50

Q   Okay.  And you're talking about Dr. Patel at Pain & Spine Institute?

A   That's the one.  Correct.

Q   Okay.  And then did you go to the location in Joliet?

A   Yes.

Q   And then did you see anyone other than Dr. Patel there?

A   No.  Not there, no.

Q   And it looks like Dr. Patel gave you some injections in your neck.  Does that sound correct?

A   Yes.

Q   And how many injections did you have in your neck?

A   I believe two, two different times.

Q   Okay.  And did you have any relief from the injections?

A   Very little.  It didn't last long.

Q   Did you have an understanding as to why Dr. Patel was recommending the injections in your neck?

A   He wanted to see whether that would relieve the pain on a long term basis, I believe.  I believe.

Q   And then did you bring the MRI that

Page 51

Dr. Rhode offered with you to Dr. Patel's office for him to look at?

A   I think I did.  I think I got a disk.

Q   Okay.

A   You know, CD thing.

Q   And did Dr. Patel indicate what the MRI of your neck showed?

A   I don't recall.  I don't know if he got specific.

Q   And did Dr. Patel recommend any treatment other than the injections he gave in your neck?

A   Oh.  Definitely, yes.

Q   And what other treatment did he recommend?

A   I don't know what it's called, but they -- you lay forward, and he sticks needles in your neck by the nerves to deaden them.  Then they stick some kind of big needle in there that's extremely painful, and it's supposed to destroy the nerves themselves to give relief.

Q   Okay.  And did you have that procedure that you're describing?

A   Twice.

Q   So it looks like you saw Dr. Patel in the fall of '19, and then you returned again in late

Page 52

December of 2020?

A   Correct.

Q   And then did you have that procedure again in 2020?

A   Yes.

Q   And the procedure that you're describing, did you have any relief from that?

A   I did.

Q   And how much relief did you have?

A   Well, the first time it was almost a miracle.  After a few days it was better, and then within about a week I didn't even realize I was almost pain-free.

Q   And this was the first set or the first procedure?

A   Correct.

Q   Okay.  And then did that neck pain return?

A   Yes.  And it returned, just to throw a little in there.  I know I'm not supposed to say too much here, but it was gradual.  It's kind of like you don't realize it's starting to hurt again, and then it's hurting more and hurting more and hurting more and hurting more.

Q   When you had the first procedure and you

Page 53

said in about week you were pain-free, how long did that period last where you had no pain in your neck?

A   I really can't say when I was totally pain-free how long it lasted.

Q   Okay.  Do you have any estimate?  Was it six months, three months?

A   It's difficult because I have so much work that I do on a tractor, on different equipment.  It's hard to say how long it really lasted.

Q   Okay.

A   I really can't tell.  I definitely remember in October it was getting real bad before I had the new injection or the new process.  My wife actually made me go to the doctor to get it done because I was complaining so much.

Q   And you're talking about October of 2020?

A   Correct.  That's when it was really bad.  And I believe I had the procedure then in December again, the second one.

Q   Okay.  And then the last visit I show with Dr. Patel looked like just a tele-health visit in January of '21?

A   Correct.

Q   Have you seen Dr. Patel since?

Pages 54 to 57

Michael E. Evon

Page 54

A   No.  I will be setting up another appointment, though.  My neck is starting to kill me again.

Q   And the last procedure that you had in December of '20, did you again get like full pain relief for a period of time?

A   For a period of time, a shorter period of time.  It wasn't all that long.

Q   And when did your neck pain roughly return after the December of '20 procedure or the second one?

A   Well, this is what?  This is June?  About a month before -- I'm sorry.  I'm trying to remember here.  Probably May of this year.

Q   In May of 2021 your neck --

A   Correct.  Yes.  It didn't last that long.

Q   Okay.  So in May of 2021, you believe your neck pain started to return?

A   Yes.  And it's back right now.

Q   And you never had any issues with neck pain prior to this Menard fall?

A   No.  Not that I recollect.  I don't remember ever having any.

Q   Okay.  And do you have an appointment with

Page 55

Dr. Patel or you have to schedule one?

A   I have to schedule it.  I'm delaying it.  It's very painful.  And I do have -- I do do pain medicine, and that takes the pain away for, you know, the day almost.

Q   And what is the pain medication that you take?

A   Hydrocodone.

Q   And who prescribes that?

A   That would be Dr. Rhode's office.

Q   And did he prescribe the hydrocodone after the fall?

A   Correct.

Q   And had Dr. Rhode prescribed hydrocodone prior to the fall for you for your right knee?

A   Eleven years earlier when I had the fall working for the Census Bureau.

Q   So is that the last time that you had taken hydrocodone for your knee was 11 years prior to the fall?

A   Correct.  And I don't know how long it lasted that they prescribed it.  I can't recall that far back.

Q   And you didn't have a prescription for

Page 56

hydrocodone at the time of this fall, correct?

A   Oh.  No.  No.

Q   And so you're still receiving a regular prescription for hydrocodone from Dr. Rhode?

A   Not a regular prescription, no.

Q   So how often are you taking the hydrocodone?

A   As needed.

Q   So can you tell me how often you're taking it?

A   It depends on how much pain I'm in and what kind of work I have to do.

Q   So do you have any estimate as to are you taking it daily, weekly?

A   Oh, it's more than -- it's not daily because sometimes I don't do enough work.  I try to say what I have when I'm doing a lot of heavy work, so I can't say.  There was a period I was taking it almost every day.

MS. SCHWARTZ:  Can you estimate how many times per week that you think you took it on average?

THE WITNESS:  Oh, on average I would say probably six times a week.

Page 57

BY MS. FRANGELLA:

Q   And it looks like Dr. Rhode also prescribed some physical therapy for your neck pain?

A   Correct.

Q   And it looks like you just attended a handful of visits at his office?

A   Correct.

Q   And did the physical therapy provide any relief?

A   Temporary.

Q   And had you had any issues with your right shoulder prior to the Menard fall?

A   Yes.

Q   And did you have a prior injury or what was the issue?

A   I don't know how it happened, but I had problems with my right shoulder about two years or so prior to the fall.

Q   And what happened two years prior to the fall?

A   I don't -- I don't recall.  It just -- I know I was in pain.

Q   Okay.  And who --

A   I work with a lot of -- I work with a lot

Michael E. Evon

## Page 58

of equipment, farm stuff, stuff like that. It could have been anything.

Q   And who did you treat with two years prior to the fall when you had right shoulder pain?

A   Dr. Rhode.

Q   And what type of treatment did you have for your right shoulder prior?

A   If I remember correctly, an injection.

Q   And other than having an injection in your right shoulder with Dr. Rhode prior to the fall, did you have any other treatment?

A   On my shoulder?

Q   Correct.

A   Not to my knowledge, no.

Q   Dr. Rhode's records indicate that you received injections for your left shoulder prior to the fall, but you think it's your right?

A   I think it was my right, yeah.

Q   Okay.

A   I did see that -- I did see that also on one of my reports. And when I looked at it I go, I thought it was my right one. I think they mismarked it.

Q   Okay. Yeah, it could be a typo.

## Page 59

A   Yes. I don't know.

Q   So you didn't have any issues with your left shoulder prior to the fall?

A   I don't believe so. I think it was on my right.

Q   Okay.

A   I don't know.

MS. SCHWARTZ:  That's okay.

BY MS. FRANGELLA:

Q   And so were you still having any pain in that right shoulder at the time of the Menard fall?

A   No.

Q   And have we talked about all of the treatment that you've had following the fall?

A   I think so.

Q   Okay. Did you have any visits with your primary care doctor, Dr. Kalamaris?

A   In what regard?

Q   For this fall.

A   I don't believe I did. I could have, but I don't think so.

Q   So you believe we've discussed all of the treatment that you've had following the fall?

A   Well, I did get an injection in my shoulder

## Page 60

when I hurt after the fall.

Q   Correct. I think you said that you got that right out of the gate when you went to see Dr. Rhode, correct?

A   Correct. Yes.

Q   Okay. So any other treatment that you've had following this fall that we haven't talked about?

A   Oh. Yes.

Q   Okay.

A   I had an injection in my hip, my left hip.

Q   And who was that with?

A   Dr. Rhode.

Q   Okay.

A   Or Mark. You know, he takes care of everything.

Q   The physician's assistant?

A   Correct.

Q   Okay. And any other treatment that we haven't talked about, meaning any other providers?

A   That we haven't talked about?

Q   Correct. That you're claiming are related to your fall.

A   Oh, no. I can't recall that at all. I don't think so.

## Page 61

Q   Okay. And did you have health insurance at the time of the fall?

A   Medicare.

Q   And to your knowledge, have your bills been paid?

A   Yes.

Q   And when is the last time that you received a prescription for hydrocodone from Dr. Rhode?

A   I believe about maybe three weeks ago.

Q   And what are you taking the hydrocodone for?

A   Pain.

Q   Pain where?

A   My knee and my neck.

Q   And has your left hip pain resolved?

A   It comes and goes. It's not the same all the time. There'll be stretches when it's fine, and then it just bothers me badly.

Q   And other than the injection, did you have any other treatment for the left hip?

A   No.

Q   And has your right shoulder pain resolved?

A   Yes. Completely.

Q   And when did it resolve?

Michael E. Evon

Page 62

A   Immediately after the shot.

Q   And how often are you having knee pain?

A   Every day.

Q   And have you had daily knee pain since the fall?

A   Yes. Now, the injections do help, you know, so I don't know how to put that in perspective.

Q   So do the injections lessen the pain but you still have it or when you get an injection, does the pain go away for a period in your knee?

A   It usually goes away for a short period, and then it comes back.

Q   And when you say short period, are you able to tell me how long the pain is gone after the knee injection?

A   It's always different. It's always different.

Q   And how often are you having pain in your neck?

A   Well, after the -- after the process I'm good for a period of time where I have almost no pain. But like now, it's 24 hours a day.

Q   So after the procedure, you describe where they burn your nerves --

Page 63

A   Right.

Q   Do you recognize the term ablation? If I say nerve ablation is that --

A   (Indicating.)

Q   No? Okay. I'll just call it burning --

A   I'm sorry, I did the hand thing there. No. I'm sorry. I apologize.

Q   No. You're fine. So after that procedure, after a period of time, the neck pain returns, and you have it daily?

A   Yes.

Q   And are there any physical activities that you absolutely can no longer do because of your knee or neck pain?

A   I can still move my knees. I can still walk. I still try to do everything I used to do, but now it's just with pain.

Q   Okay. So are there any activities that you absolutely can no longer do because of your right knee or neck pain from this fall?

A   Well, I don't climb ladders anymore.

Q   Why can't you climb a ladder?

A   Because of my knee. If I get up on a ladder and it catches or gives out, I will be in big

Page 64

trouble.

Q   And were you climbing ladders regularly before the fall?

A   Oh, yeah. I have, yes.

Q   And for what purpose?

A   Cleaning gutters, doing roofs, cutting trees. I have trees all over the place. All the maintenance that needs to be done.

Q   Do you have anyone that helps you with the maintenance for your property?

A   My wife.

Q   Anyone else?

A   No.

Q   Any other activities that you can no longer do because of your knee or neck pain besides climbing ladders?

A   That I totally can't do?

Q   Correct.

A   No. But limited is --

Q   No. My question is limited to what you absolutely cannot do, so anything else besides climbing a ladder.

A   I don't believe so.

Q   Okay. And you're still able to maintain

Page 65

your property, but you don't do it as quickly?

A   I can still -- I make a point of doing that. Like I said, I do have my wife, who took another day off of work so that she could help. Yes.

Q   And have you taken any vacations since this fall?

A   No.

Q   And do you have any hobbies or anything you regularly do outside of maintaining your property?

A   Yes. I have a recording studio. I play music. I write it. I played in the church band until I got injured, and then I couldn't play anymore. I played with the New Lenox United Methodist Church, and I had to quit them. And I couldn't record -- I couldn't even play guitar for about a year. And when I record, I'm doing CDs and videos.

Q   And so did you ever return to playing guitar at the New Lenox Methodist Church after the fall?

A   No.

Q   Have you since started playing the guitar again since the fall?

A   Yes.

Michael E. Evon

Page 66

Q   Okay.  So you said it was a period of one year following the fall that you couldn't play the guitar?

A   Correct.

Q   And was that due to your neck pain?

A   Correct.

Q   And prior to the fall, how often would you play guitar for the church?

A   Oh, for the church?

Q   Correct.

A   Well, we have rehearsal, and then we play at the church, I think it was, every other week.

Q   And do you play guitar anywhere outside of the church?

A   Just at my house and in my studio.

Q   And is your studio at your home or somewhere else?

A   At the house.

Q   So you don't go anywhere and perform for anyone, you would just do that at the church every other week?

A   Correct.  I had opportunity, but I just can't stand with a guitar strap around my neck and play.

Page 67

(Telephone interruption.)

THE WITNESS:  Sorry.  My apologies.  I didn't turn it off.

MS. SCHWARTZ:  His phone just started ringing, and he's turning it off right now.

MS. FRANGELLA:  Okay.  No problem.

THE WITNESS:  My apologies.  I'm sorry.

MS. FRANGELLA:  No problem.

Q   And so you don't play anywhere like formally other than at the church every other week prior to the fall?

A   Correct.

Q   Okay.  And then you mentioned something about making CDs?

A   Correct.

Q   So this is something that you do in your studio?

A   Correct.

Q   Okay.  And do you play something else besides the guitar?

A   Yes.

Q   And what is that?

A   Keyboard.  And I have a drum machine.  I play bass, 12-string acoustic, 6-string electric, the

Page 68

keyboards, and I have a drum machine I use for drums.

Q   And are you still able to play all of those?

A   Yes.

Q   And the CDs that you make in your studio, what do you do with those?  Do you sell them somewhere?

A   No.  I give them away for free.  I only have one CD out right now.  I was working on a Christian CD before I got injured.

Q   And do you play music with like a band or a group of people?

A   No.  Since I can play all the instruments, I write the music, I write the songs.  And then I record them, and since I am not a vocalist, I get vocalists who do want to work with me.

Q   And any other hobbies outside of your music and taking care of your property?

A   No.

Q   Do you belong to a gym or a health club?

A   No.

Q   Do you have any grandchildren?

A   Yes.

Q   And how many do you have?

Page 69

A   Six.

Q   And who is it that has the children?  Which child?

A   Well, all three of them.

Q   All three of them, okay.  And Jessica, how many children does she have?

A   One.  A daughter.

Q   And then what about Jerome and Melissa?

A   Jerome has two daughters.  Melissa has two sons and one daughter.

Q   And do you watch any of your grandchildren on a regular basis?

A   No.  They're all older.

Q   Oh, they're all older.  Okay.

A   Let me see.  Two of them are in college, one works at a restaurant, and the other one is in -- a senior.

Q   Okay.  And then you mentioned you had dogs.  Do you have more than just the Husky, the one Husky?

A   Just the one.

Q   And then are you able to walk your dog?

A   Limited.

Q   And did you ever use a cane or anything to help you walk prior to the Menard fall?

Page 70

A   No.

Q   And when you say limited, how are you limited in walking your dog?

A   I can't walk her very far. I can't walk her very far.

Q   Did you walk her far previously before --

A   Oh, yes. Almost every day.

Q   Well, tell me about the difference.

A   Well, the difference is now I walk her either down the driveway and back where before I used to walk her around the entire property, which was -- probably I walked a couple miles.

Q   And are you able to do things inside the home like cleaning and cooking?

A   Well, I can do them, but they're painful. Vacuuming, I'm surprised, is very painful.

Q   And are you able to do grocery shopping?

A   Yes.

Q   And you're able to drive?

A   Yes.

Q   And are you claiming an emotional injury as a result of the accident?

A   No.

Q   And do you still shop at the Menards in

Page 71

Tinley Park?

A   I do.

Q   Have you ever spoken to anyone at Menards since the day of your incident regarding your fall?

A   No.

Q   Did you ever return to take pictures of the area where you fell?

A   I did some -- I think I took some videos.

Q   And what did you take videos of?

A   The area coming into the store and the area that I fell.

Q   And what was the purpose of the videos?

A   To see what it looked like and what could have happened.

Q   And did you learn anything from returning to take the videos?

A   I don't really recall if I learned anything because it wasn't the same day.

Q   Okay.

A   It was after the fact.

Q   And have you ever given a statement regarding this incident other than to your attorney?

A   I talked to the gentleman who called me from the insurance agency. I talked to him a little

Page 72

bit. I don't remember what the conversation really was other than he said they weren't liable. I gave him some information but I don't think much.

MS. FRANGELLA: I don't think I have any other questions. Thank you.

THE WITNESS: Thank you.

EXAMINATION

BY MS. SCHWARTZ:

Q   Just a few really quick. The defense attorney had asked about if you were still able to play all of the instruments that you were playing prior to the fall. Playing those instruments, do they still cause you pain?

A   Oh, yes, definitely.

Q   We briefly talked about some symptoms you were having in your knee prior to the fall and compared to the pain after the fall in that same knee. Was it the same pain that you feel now that you were feeling prior to the fall?

A   Oh, no. No. It wasn't even pain before. It was more of a stiffness in my knee. After the fall it was, without question, pain.

Q   And you mentioned that your knee sometimes gives out. Can you explain a little bit?

Page 73

A   They called it a catch. I think the doctors called it a catch so that as you're walking, instead of returning to fully out, it just stays like bent, and it can almost bring you down to the ground so that you would fall.

Q   And did that ever occur prior to the fall at Menards?

A   No. Other than immediately when -- 12 years ago.

Q   Defense counsel asked you a couple of questions about your doctor's appointments and complaints of pain on specific dates. Would you defer to your medical records as opposed to your recollection today for those answers?

A   Oh, definitely to be accurate.

Q   Do you believe that the substance that you fell on at Menards was water?

A   Oh, yeah. I would think so.

Q   Can you describe it a little bit more?

A   Well, when I was on my hands and knees trying to get up, I felt wet like water, you know. And it had like a gritty -- like came from like the parking lot type, you know, little granule things in it.

Michael E. Evon

Page 74

Q   And you had described a pool of water by the shopping carts earlier.

A   Correct.

Q   Do you have any -- was that pool of water bigger than a foot by a foot?

A   That's like 12 inches by 12 -- oh, yeah.

Q   Do you think it was bigger than 2 feet by 2 feet?

A   Two feet by 2 feet. I'm trying to picture it. Probably 2 feet by 2 feet would be more accurate.

Q   Okay. That's all I have.

A   And it's round, so it's not like -- you know, well, kind of round.

MS. SCHWARTZ: That's all I have.

THE WITNESS: Okay.

MS. FRANGELLA: Just a couple more follow up.

FURTHER EXAMINATION

BY MS. FRANGELLA:

Q   Had you ever been diagnosed with rheumatoid arthritis?

A   I do not believe so.

Q   And do you have high blood pressure?

A   No.

Page 75

Q   So you had never been diagnosed or taking any or taken any medication for high blood pressure?

A   No.

Q   Earlier in the deposition I asked you the size of the puddle of water, and you were not able to tell me; correct?

A   Correct. It was tough to tell.

Q   But now you have a recollection that it's 2 feet by 2 feet?

A   Well, when she put it in perspective of is it a foot by a foot, you know, I'm thinking 12 inches by 12 inches, it was bigger than that.

Q   Okay.

A   So probably about, you know, arm size, then (indicating).

MS. FRANGELLA: Okay. No further questions.

MS. SCHWARTZ: All right. That's it for me, too.

MS. FRANGELLA: Okay.

(The deposition ended at 11:29 a.m., and the witness was excused.)

Page 76

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF W I L L )

I, SOPHIA KARNEZIS, CSR, RPR, a Notary Public in and for the County of Will, State of Illinois, do hereby certify MICHAEL E. EVON was first duly sworn by me to testify the truth; that the above deposition, Page 1 through 76, was recorded stenographically and reduced to typewriting under my personal direction; and that the foregoing transcript of the said deposition is a true and correct transcript of the testimony given by the said witness at the time and place previously specified.

I further certify that I am not counsel for nor in any way related to any of the parties to this suit, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I do hereunto set my hand and affix my seal this 17th day of June, 2021.

_____
Sophia Karnezis, CSR, RPR
IL CSR No. 084-003792

Michael E. Evon

| A | | B | | C 2:1 |
|---|---|---|---|---|

**A**

**a.m** 1:19 75:20
**ability** 9:10 44:5
**ablation** 63:2,3
**able** 4:15 23:14 39:6 62:13 64:24 68:2 69:21 70:13,17 70:19 72:10 75:5
**absolutely** 63:13 63:19 64:21
**accident** 9:13,16 20:21 25:19 40:21 70:22
**accomplish** 43:14
**accurate** 73:15 74:11
**acoustic** 67:24
**acres** 43:3,7
**activities** 63:12,18 64:14
**additional** 13:11 39:15,21
**address** 5:23 6:3
**affect** 9:10
**affix** 76:18
**African-Americ...** 33:23
**agency** 71:24
**ages** 6:15
**ago** 7:16 10:1,6 15:12 17:4 21:2 21:3,17 22:7 40:22 42:8 61:9 73:9
**ambulance** 33:6 37:17,19,24
**answer** 4:18,19
**answers** 5:1,3,18 14:12,17 73:14
**anybody** 16:9 30:17 37:11
**anymore** 12:17 44:10 63:21 65:13

**anyone's** 33:20
**apologies** 67:2,7
**apologize** 28:11 34:4 63:7
**apple** 43:19
**applicable** 3:16
**appointment** 54:2 54:24
**appointments** 73:11
**approximately** 5:24 10:1 16:2,4 16:16 25:23 26:1 29:19 36:5
**area** 22:23 23:2 35:21 38:17,19 71:7,10,10
**arm** 14:21 41:1 75:14
**arms** 30:3,4,8
**arthritis** 74:21
**asked** 33:2 34:23 35:3 72:10 73:10 75:4
**asking** 4:5 16:20 17:5
**assistant** 24:12 60:16
**assume** 4:20 29:3 32:2
**assuming** 8:17 13:9 22:21 24:19 33:15 35:23 38:5,21 39:3 40:5 41:23 42:10 48:16
**attended** 57:5
**attention** 25:19 37:14
**attorney** 12:3,22 16:6 23:15 71:22 72:10
**automatic** 28:8,13
**average** 56:21,22
**Avoid** 5:3
**aware** 31:16,22

**B**

**B-o-r-d-i-c** 24:14
**back** 14:14 15:12 16:1 20:7,10 30:14 34:14,19 36:3 40:24 45:5 54:19 55:23 62:12 70:10
**background** 4:6
**backing** 15:20
**backwards** 29:24 30:1,3,11
**bad** 21:7 26:22 53:12,17
**badly** 61:18
**band** 12:13,16 65:11 68:11
**based** 5:18 14:12 16:5 40:15 49:15
**basis** 50:23 69:12
**baskets** 43:12
**bass** 67:24
**beat** 33:3
**behalf** 2:5,9 3:18
**believe** 6:20 8:21 10:10 11:7,9,18 16:12 17:1 18:14 24:12,23 25:17 26:9 27:3 27:21 29:13 30:7,8,19,20 33:3 36:24 37:3 41:8 48:10 50:15,23,23 53:18 54:17 59:4,20,22 61:9 64:23 73:16 74:22
**belong** 68:20
**bent** 73:4
**Berkot's** 44:14,15
**best** 33:11 36:16 40:22 44:5
**better** 52:11
**big** 15:19 51:17

63:24
**bigger** 74:5,7 75:12
**biggest** 26:9
**bill** 23:17
**bills** 13:20,24 14:2 61:4
**birth** 5:16
**bit** 17:23 30:1 32:11 33:1 72:1 72:24 73:19
**blackberries** 43:20
**bleeding** 37:22
**block** 21:19
**blood** 74:23 75:2
**blueberries** 43:21
**body** 14:7 35:14
**bones** 49:6
**boot** 24:20,22
**Bordic** 24:14
**bothering** 36:8
**bothers** 61:18
**bottom** 30:12
**break** 5:7 23:23 23:24 30:4 48:21
**briefly** 72:15
**bring** 50:24 73:4
**bringing** 31:3,9 34:8,20
**Broderick** 24:13
**Brodick** 24:12
**broke** 21:4,14
**broken** 37:22 41:14
**bucket** 37:11
**Bureau** 7:19 8:18 15:15 25:12 42:7 55:17
**burn** 62:24
**burning** 63:5
**Burns** 5:19
**business** 8:3,4,8

**C**

**C** 2:1
**call** 33:6 63:5
**called** 3:18 37:20 37:24 40:14 42:15 44:14 48:2 49:5 51:14 71:23 73:1,2
**cane** 69:23
**car** 20:21 26:19 37:20 38:1,2,3,3 38:4,6
**care** 9:22 10:2,5 10:12,18 22:19 24:4 36:23 40:8 40:11 41:17 43:4 59:17 60:14 68:18
**cart** 28:3,21 31:1 34:12 35:8
**carts** 28:4,21 29:10,11 31:4 31:10 34:8,21 37:1 74:2
**catch** 21:12 73:1,2
**catches** 63:24
**Caucasian** 33:24
**cause** 72:13
**CD** 51:5 68:9,10
**CDs** 65:16 67:14 68:5
**ceiling** 30:14
**cement** 21:8,13
**census** 7:19,22 8:18 15:15 25:12 42:7 55:17
**certify** 76:5,13
**cervical** 49:4
**check** 8:14 16:18 17:14
**Chesterton** 7:2
**Chicago** 1:18 2:4 2:7
**child** 69:3
**children** 6:12 69:2,6

Michael E. Evon

Christian 68:10
church 12:15,16
  65:11,14,19
  66:8,9,12,14,20
  67:10
Civil 1:13
claim 14:9 21:21
claiming 14:13
  60:21 70:21
clarification 23:1
clarify 24:9
clean 47:13
cleaning 64:6
  70:14
clear 29:5,7 37:19
climb 63:21,22
climbing 64:2,15
  64:22
closest 26:4
club 68:20
coffee 26:15 34:12
  34:14 35:9,11
  35:21 39:3,7
cold 26:22,23
  38:5,8,9,10,11
college 69:15
color 29:6
come 37:11 46:20
  46:21 48:6
comes 61:16
  62:12
coming 71:10
compared 72:17
complaining
  53:15
complaints 40:20
  73:12
Completely 61:23
computer 36:18
condition 11:1
conditions 9:18
contacts 11:8,11
conversation
  32:12,16,19,23
  33:8,16 36:14
  72:1

conversations
  34:6,16
convicted 9:4,6
cooking 70:14
copies 17:15
corn 43:21,21
correct 5:20,21
  6:11,22 10:4,24
  11:22 12:7 13:8
  14:15,16,19
  15:11,15 16:3,4
  16:8 19:21,22
  19:24 20:1
  22:10 23:21
  24:20,21 25:13
  25:21 27:9
  28:22 31:5 33:9
  33:18 34:21,22
  35:24 36:1
  38:16,22 40:18
  40:19 41:5,22
  41:24 42:1
  45:10 46:13
  47:19 48:12,13
  48:15 49:17,18
  50:3,11 52:2,16
  53:17,23 54:16
  55:13,21 56:1
  57:4,7 58:13
  60:2,4,5,17,21
  64:18 66:4,6,10
  66:22 67:12,15
  67:18 74:3 75:6
  75:7 76:10
correctly 3:23
  41:3 58:8
counsel 3:2 73:10
  76:13
county 1:16 7:7
  76:2,4
couple 12:10 21:2
  21:3,17 70:12
  73:10 74:17
court 1:1 3:1,4
  4:11,15 5:5 23:1
Courts 1:14

cover 13:20,24
CSR 1:16 76:3,21
  76:22
current 3:3
currently 7:13
customer 30:24
  32:20,24 33:8
cutting 64:6
CV 1:5

————————

D

D 2:11
daily 56:14,15
  62:4 63:10
date 3:8 5:16 9:13
  9:16 25:20
  27:11,14
dates 8:24 13:6,10
  13:12 73:12
daughter 26:19
  69:7,10
daughters 69:9
day 1:19 12:9
  22:3,20 26:12
  26:17,21 27:20
  39:7 40:8,12
  44:8,9 55:5
  56:19 62:3,22
  65:4 70:7 71:4
  71:18 76:18
days 12:10 40:17
  52:11
deaden 51:16
December 52:1
  53:18 54:5,10
decided 45:1
deep 21:8
defendant 1:7 2:9
  3:11,19
defense 72:9
  73:10
defer 73:13
definitely 51:12
  53:11 72:14
  73:15
delaying 55:2

depends 56:11
deponent 3:5,6
deposition 1:9,11
  3:14 4:8,13,21
  11:14 75:4,20
  76:7,10
depositions 1:15
describe 9:15
  46:8 62:23
  73:19
described 31:12
  31:17 32:1 44:3
  74:1
describing 51:21
  52:6
desk 34:18 35:24
  36:3,11,15,24
  37:10 38:15,17
destroy 51:18
devastated 43:6
diagnosed 74:20
  75:1
difference 70:8,9
different 44:23,23
  47:1,9 50:15
  53:8 62:16,17
difficult 44:6
  46:20 53:7
difficulty 13:5
  34:13
Direct 2:13 3:21
direction 76:9
Directly 28:22
discussed 20:3
  42:11 59:22
Discussion 7:9
dishonesty 9:7
disk 51:3
distance 11:3,4
  22:24
District 1:1,1,14
DIVISION 1:2
doctor 9:19,24
  10:5,12 49:10
  49:24 53:14
  59:17

doctor's 73:11
doctors 10:21
  73:2
document 13:21
  33:5
documenting 14:6
documents 11:14
  11:16
dog 38:6,8 69:21
  70:3
dogs 69:18
doing 13:5 56:17
  64:6 65:2,16
door 27:23,23,24
  28:2,6,10,13
double-check
  11:8
Dr 10:7,11,16,19
  16:6,10,14
  17:13 18:22
  19:9,16 22:2,11
  23:19 24:1,8,11
  40:14,21 41:9
  41:23 42:10,17
  45:2,6 47:11
  48:5,9,12,16
  49:3,12 50:1,8
  50:10,20 51:1,1
  51:6,10,23
  53:21,24 55:1
  55:10,14 56:4
  57:2 58:5,10,15
  59:17 60:4,12
  61:8
drifting 21:9
drive 23:3 70:19
driveway 70:10
drum 67:23 68:1
drums 68:1
due 3:3 25:3 66:5
duly 3:19 76:6
DuPage 10:9

————————

E

E 1:9,12 2:1,1,11
  2:13 3:17 76:5

Michael E. Evon

E-l-l-e-n 6:9
earlier 17:22 27:7
  55:16 74:2 75:4
earliest 8:22
Easter 12:15
EASTERN 1:2
education 7:11
either 70:10
elect 42:20
elected 47:14
electric 67:24
Eleven 55:16
Ellen 6:7,9,10,12
emails 12:12
emergency 3:3
  22:19 23:9 24:8
emotional 70:21
employed 7:13,15
  7:17 8:2
employee 30:22
  31:2,9 32:1,13
  34:3,13,20 35:1
  35:2 37:6,13
employees 34:7
employment 9:3
ended 75:20
enjoyed 38:12
ensure 4:14
entering 27:17
entire 32:19 70:11
entries 13:3
equipment 53:8
  58:1
estimate 17:12
  18:10 53:5
  56:13,20
Eugene 5:12
eventually 42:23
Evon 1:3,9,12
  2:13 3:14,17 4:1
  5:12 6:21,24
  76:5
exactly 29:4
Examination 2:14
  2:14 3:21 72:7
  74:18

EXAMINATIO...
2:12
examined 3:19
Excellent 9:17
excused 75:21
EXHIBITS 2:16
explain 72:24
extremely 12:15
  51:17

**F**
FABRIZIO 2:6
facility 23:9 24:8
fact 71:20
fair 4:23
fall 11:21 12:10
  13:19 15:7,17
  16:11,14,17
  17:6,13,18,24
  18:8,13,16 19:3
  19:9,14,14,15
  19:18,21 20:4,7
  20:13,16,20
  21:22 25:3,11
  29:23,24 30:4
  30:18,21 31:19
  31:21 32:2,3,14
  33:13,17 34:3
  34:17,20 35:13
  35:18 36:23
  42:6,10 45:12
  45:15,21,22,23
  46:3 47:6 51:24
  54:21 55:12,15
  55:16,20 56:1
  57:12,18,20
  58:4,10,17 59:3
  59:11,14,19,23
  60:1,7,22 61:2
  62:5 63:20 64:3
  65:6,20,23 66:2
  66:7 67:11
  69:24 71:4
  72:12,16,17,19
  72:22 73:5,6
falling 29:18

far 18:24 44:3
  55:23 70:4,5,6
farm 43:17,24
  58:1
farming 22:23
  23:2 44:4
February 4:4
  13:2,3,6,7 25:20
  40:17
Federal 1:13
feel 72:18
feeling 72:19
feet 28:14,16 74:7
  74:8,9,9,10,10
  75:9,9
fell 15:22 28:5
  29:23 30:1,3,11
  30:23 31:13
  32:5,7 36:17,19
  38:19 71:7,11
  73:17
felony 9:4
felt 73:21
female 33:21,22
file 33:4
filed 4:3 14:10
  25:15
fill 36:4
filled 35:24
film 32:7
fine 61:17 63:8
finished 4:17
first 3:19 37:18
  40:10 43:10
  52:10,14,14,24
  76:5
five 17:4,7 40:17
  44:8
flat 30:14
floor 1:18 2:3
  12:20 29:15
  30:15 31:13,17
  31:23 33:12
  37:7
floors 37:5
flower 43:12

follow 74:17
follow-up 41:19
following 21:24
  23:20 40:21
  42:10 45:12,15
  46:3 59:14,23
  60:7 66:2
follows 3:20
foot 21:10 74:5,5
  75:11,11
footage 11:24
  27:8,10
foregoing 76:9
formally 67:10
forward 21:11
  29:24 30:8
  51:15
four 12:12 17:4,7
  36:5 44:9
Fourth 1:18 2:3
  12:20
fracture 22:15
  25:1
Frangella 2:7,13
  2:14 3:11,13,22
  4:2 7:8,10 19:7
  23:4 48:20,22
  49:1 57:1 59:9
  67:6,8 72:4
  74:17,19 75:16
  75:19
fraud 9:7
free 68:8
freezing 26:24
Friday 12:22
friend's 21:16
front 28:4,8,13,21
  28:22 30:5
  31:10 37:1
full 5:11 54:5
fully 73:3
function 46:17
further 2:14
  74:18 75:16
  76:13
fuse 49:6

fused 48:19
fusion 49:4
future 3:8 18:24
  19:17 41:17

**G**
G-a-m-b-o-n-e-s
8:7
Gambone's 8:5
  8:19
garden 43:22
gardens 43:12
gate 60:3
general 9:15
gentleman 31:3
  34:8 71:23
getting 15:20 35:8
  53:12
give 4:8,17 44:1
  51:19 68:8
given 71:21 76:11
gives 63:24 72:24
glasses 10:22 11:1
  11:5,9
go 21:11 22:3
  26:2,16 27:22
  28:18 30:4,12
  35:11,20 37:24
  38:23 39:13
  49:6,11 50:4
  53:14 58:21
  62:10 66:19
goes 61:16 62:11
going 4:5,12,19
  10:13 13:1
  15:12 19:4 21:1
  23:2 25:18
  26:14 28:3
  34:13 36:5
  37:21
good 3:24 5:8
  62:21
government 7:18
  7:21
gradual 52:20
Graduated 7:12

Michael E. Evon

grandchildren 68:22 69:11
granule 73:23
great 4:1 5:10
greenhouse 43:23
gritty 73:22
grocery 44:12,13 70:17
ground 27:4,14 73:4
group 10:9 68:12
grow 43:8,18
guess 10:13
guitar 65:15,19 65:22 66:3,8,13 66:23 67:20
gutters 64:6
guy 37:4
guys 11:18
gym 27:21 68:20

**H**

habit 28:19
half 44:6
hand 14:21 63:6 76:18
handful 57:6
hands 5:4 29:17 32:17 73:20
handwritten 12:3 12:12 13:15
hanging 43:12
HANSON 2:6
happen 27:10 38:1
happened 15:16 21:3 28:1 57:16 57:19 71:14
hard 53:9
head 5:4 30:15 40:4
headache 40:3,3
health 9:16,18 14:1 61:1 68:20
heavy 21:6 56:17
Helen 6:8

help 44:9 62:6 65:4 69:24
helped 32:18 34:21 35:6 45:5
helps 64:9
hereunto 76:17
high 7:12 23:23 74:23 75:2
highest 7:11
hip 14:14 20:12 20:13,15 30:2 30:12,13 35:15 36:8 39:16 40:1 40:23 60:10,10 61:15,20
history 9:3 15:10
hit 30:2
hobbies 65:8 68:17
Hold 34:10
home 20:20 22:22 26:5 39:13,17 39:18 66:16 70:14
hoping 13:19
hospital 37:21,24
hours 62:22
house 6:1 21:16 66:15,18
hurt 39:24 40:2 52:21 60:1
hurting 40:1 52:22,22,22,23
Husky 38:8 69:19 69:19
hydrocodone 55:8,11,14,19 56:1,4,7 61:8,10

**I**

idea 9:3 31:15
IL 76:22
Illinois 1:1,17,18 1:18 2:4,8 5:20 7:4 8:16 21:18 21:19 76:1,5

immediately 31:11 35:13 62:1 73:8
inches 21:8 74:6 75:11,12
incident 4:3,6 9:20 11:6,10 14:23 15:2,14 20:19 22:1,4,20 23:6,19,21 24:5 27:11,14 40:6 71:4,22
including 5:11
Indiana 7:2
indicate 14:17 51:6 58:15
indicating 63:4 75:15
individual 15:18
information 15:19 23:15 72:3
injection 41:1,6 41:10 45:6 46:5 46:11,15 47:6,7 53:13 58:8,9 59:24 60:10 61:19 62:9,15
injections 18:2 45:5,11 46:2 47:1,2,12 49:20 50:11,13,17,20 51:11 58:16 62:6,8
injured 33:5 36:20 65:12 68:10
injuries 4:6 14:13 25:8,11,16
injury 14:24 15:13 20:19,24 22:14 57:14 70:21
inside 70:13
Institute 50:2
instruments

68:13 72:11,12
insurance 13:20 13:23 14:1 61:1 71:24
interested 76:15
interrogatories 5:19 14:13
interrupted 28:11
interruption 67:1
investment 43:11
involved 20:18,23 25:10
involving 9:7
issue 57:15
issues 15:11 17:19 20:6,12,15 25:3 35:17 48:8 54:20 57:11 59:2

**J**

JAMBOIS 2:2
January 53:22
Jerome 6:16 7:3 69:8,9
Jerome's 6:21
Jessica 6:16 7:5 69:5
Jessica's 6:23
job 44:9,9
jobs 8:18
Joliet 2:8 50:5
June 1:19 54:12 76:18

**K**

K-a-l-a-m-a-r-i-s 10:8
Kalamaris 10:7 10:11,16,19 59:17
Karnezis 1:15 76:3,21
KAWINSKI 2:6
keep 17:15
Keyboard 67:23

keyboards 68:1
kill 54:2
killing 35:15
kind 13:16 30:11 49:22 51:17 52:20 56:12 74:14
knee 14:14 15:9 15:10,13 16:7 16:10,24 17:20 17:23 18:3,3,8 18:13,15,23 19:20 20:3 21:7 21:11 23:5,20 23:22,23 40:1 40:24 41:21 42:2,10 45:3,7 45:12,15 46:3,6 47:1,6,11 55:15 55:19 61:14 62:2,4,10,14 63:13,20,23 64:15 72:16,18 72:21,23
knees 29:17 32:17 63:15 73:20
knew 12:24 36:20 36:21
know 4:22 5:8 7:7 14:6 16:19 17:22 23:8 28:23 29:1,4,8 29:10,15 30:17 30:24 31:6,8,13 31:16,19,22 32:4,21 33:2,6 33:20 36:12 38:8 40:3 41:14 41:15,18 44:6 48:1 49:5 51:5,8 51:14 52:19 55:4,21 57:16 57:22 59:1,7 60:14 62:7,7 73:21,23 74:14 75:11,14

Michael E. Evon

knowledge 31:24 37:23 58:14 61:4
known 5:13
KRALOVEC 2:2

**L**

L 76:2,2
ladder 63:22,24 64:22
ladders 63:21 64:2,16
laid 39:17
land 43:3,7
landscaping 43:17
large 43:20
lasted 53:4,9 55:22
late 51:24
lawns 43:11
lawsuit 4:2 14:9 25:15,16
lay 51:15
learn 71:15
learned 71:17
leave 18:23 19:10 38:3
left 14:14 20:12 20:13,15 21:10 30:2,2 35:23 36:8 38:6,14,21 38:23 39:1,12 39:16 58:16 59:3 60:10 61:15,20
leg 21:4,12,13 22:15 23:22 24:20,24
Lenox 7:4 65:13 65:19
lessen 62:8
Let's 34:19
level 7:11
liable 72:2
limited 7:24 64:19

64:20 69:22 70:2,3
limping 35:16,17 36:9
listed 13:12
little 8:13 17:23 18:4 30:1 32:11 33:1,3 34:12 43:14 50:18 52:19 71:24 72:24 73:19,23
live 7:1,3,5 22:23 23:2
lived 5:22
living 44:11
located 8:15
location 10:15 26:2,7 44:20 50:4
long 5:22 7:23 10:11 22:7 24:22 31:13 36:2 43:2 47:3,6 47:8 50:18,23 53:1,4,9 54:8,16 55:21 62:14
longer 12:18 24:20 63:13,19 64:14
look 9:1 23:14 30:6,9 48:3 51:2
looked 11:17,17 27:11 29:7 53:21 58:21 71:13
looking 32:6 33:14
looks 12:11 23:19 40:16 41:20 47:17 50:10 51:23 57:2,5
lot 12:15 27:16 40:1,1 56:17 57:24,24 73:23
loud 5:2
love 38:8

low 14:14 20:7,10

**M**

machine 67:23 68:1
maintain 44:2 64:24
maintaining 65:9
maintenance 64:8 64:10
making 14:8 67:14
male 33:21
man 15:19
manicure 43:10
manicured 43:11
March 13:10,10 22:8,9 23:6 25:4
Marilynn 2:7 4:1
Mark 24:12 45:8 60:14
MARKED 2:16
marks 12:13
mates 12:13
mattered 38:11
Matteson 39:2,10 39:12 44:21
mean 12:13 34:18
meaning 45:21 46:18 60:19
measure 29:22
medical 10:9 13:20,24 15:10 17:14,15 18:19 37:14 40:8,11 73:13
Medicare 61:3
medication 9:9,12 55:6 75:2
medicine 55:4
Melissa 6:16 7:1 69:8,9
Melissa's 6:17
melting 27:13
memorialize 13:16

memory 9:10 32:9
Menard 1:6 9:20 14:23 15:2,7 16:14 17:13,18 18:8 19:9 20:7 20:13 25:11 31:9 34:2 54:21 57:12 59:11 69:24
Menards 4:2 11:6 11:10 14:2 16:10 20:19 26:3,4 31:16,22 33:16 34:7 39:2 70:24 71:3 73:7 73:17
meniscus 42:16 42:18 47:13
mentioned 19:12 27:7 67:13 69:18 72:23
met 12:22 48:3
Methodist 65:14 65:19
Michael 1:9,12 2:13 3:17 5:12 76:5
mid-'90s 8:17
middle 5:11
Mike 1:3 3:14
miles 70:12
minute 34:19
minutes 36:6
miracle 52:11
misdemeanor 9:7
mismarked 58:22
missed 15:24
mobility 46:10
Monee 5:20
month 22:6 54:13
months 8:1 18:13 21:2,3,17 53:6,6
mop 37:4,5,11
mopped 37:7
morning 26:1
mouth 49:6

move 63:15
MRI 41:21 42:2,9 42:14 47:18,21 47:24 50:24 51:6
muscular 15:19
music 65:11 68:11 68:14,17

**N**

N 2:1,11
name 3:23 4:1 5:11,11,14 6:6 6:10,17,21,23 8:4 22:18 23:8 31:6 32:21 33:20
names 6:15
national 3:3
near 22:21
neck 14:14,18,24 15:4,7 39:24 40:24 47:18,21 47:24 48:2,7,17 48:19 49:20,24 50:11,14,21 51:7,11,15 52:17 53:2 54:2 54:9,15,18,20 57:3 61:14 62:19 63:9,14 63:20 64:15 66:5,23
need 5:1,7 9:1 11:3,7 19:1
needed 19:3,13,17 37:16 56:8
needle 51:17
needles 51:15
needs 5:4 64:8
neighbor 21:20 21:22
nerve 63:3
nerves 51:16,18 62:24
never 47:3 54:20

Michael E. Evon

75:1
new 7:4 53:13,13
  65:13,19
nice 43:13
nodding 5:3
North 2:7
NORTHERN 1:1
Notary 1:16 76:3
note 12:19
notes 11:17 12:2,3
  12:4,8,11 13:5
  13:11,11,15
  14:8
notice 1:12 3:15
  28:7,12
notify 12:17
number 46:20,21
numbness 14:20

**O**

o'clock 12:20
  39:19,20
objection 3:7,8,10
occasions 49:16
occur 21:15 73:6
occurred 4:4
October 53:12,16
offer 37:14
offered 51:1
office 40:14 48:5
  48:12,14 49:3
  49:11,11,12,14
  51:1 55:10 57:6
oh 21:19 24:21
  31:15,20 34:18
  35:15 43:19
  45:4,16 51:12
  56:2,15,22 60:8
  60:23 64:4 66:9
  69:14 70:7
  72:14,20 73:15
  73:18 74:6
okay 4:1 5:1,9 9:2
  10:8,22 11:5,13
  11:23 12:8,11
  12:19,23 13:2,9

13:14 14:5,12
15:16 17:9,11
17:15,18 18:1
19:12,16 20:6
20:18 23:11,13
23:18 24:4,11
24:16 25:18
26:16,20 28:12
31:6,21 32:8,12
32:16 33:2,10
34:2,16,24 35:2
35:6,10 37:13
40:15,20 41:9
41:20 42:9
47:10,14,17
48:20 49:8,10
49:15,19 50:1,4
50:16 51:4,20
52:17 53:5,10
53:20 54:17,24
57:23 58:19,24
59:6,8,16 60:6,9
60:13,18 61:1
63:5,18 64:24
66:1 67:6,13,19
69:5,14,18
71:19 74:12,16
75:13,16,19
old 8:23
older 69:13,14
Olivia 2:3 3:9
ones 43:20
ongoing 25:3
opportunity
  66:22
opposed 73:13
orchards 43:19
ordered 41:23
  47:21
organic 43:22
originally 15:14
Orland 48:14
outcome 76:15
outside 27:11
  29:12 65:9
  66:13 68:17

owned 8:20
owning 8:19

**P**

P 2:1,1
P.A 45:9
pace 44:7
Page 2:12 76:7
pages 12:12
paid 61:5
pain 12:4,16 13:4
  13:16,21 14:18
  15:3 18:4 39:16
  40:3 44:10 46:9
  46:18 47:7,22
  49:23 50:2,23
  52:17 53:2 54:5
  54:9,18,20 55:3
  55:4,6 56:11
  57:3,22 58:4
  59:10 61:12,13
  61:15,22 62:2,4
  62:8,10,14,18
  62:22 63:9,14
  63:17,20 64:15
  66:5 72:13,17
  72:18,20,22
  73:12
pain-free 52:13
  53:1,4
painful 51:17
  55:3 70:15,16
pandemic 3:4
park 8:16 10:7,17
  26:3 43:13
  48:14 71:1
parking 27:16
  73:23
particular 26:11
parties 76:14
patches 43:20
Patel 50:1,8,10,20
  51:6,10,23
  53:21,24 55:1
Patel's 51:1
pay 14:2

PC 2:6
people 34:18
  68:12
percent 46:18
perform 66:19
period 53:2 54:6
  54:7,7 56:18
  62:10,11,13,21
  63:9 66:1
periods 47:4
person 4:14 33:23
  36:15
person's 32:21
personal 20:19
  25:8,11,15 76:9
perspective 62:7
  75:10
pertaining 1:14
PEYLA 2:6
phone 67:4
physical 3:5 57:3
  57:8 63:12
physician 9:22
  10:2
physician's 60:16
physicians 10:19
picked 35:4 37:5
picture 74:9
pictures 38:18
  71:6
place 22:19 64:7
  76:12
plaintiff 1:4 2:5
  3:10
planned 35:8
play 12:16,18
  65:10,12,15
  66:2,8,11,13,24
  67:9,19,24 68:2
  68:11,13 72:11
played 12:14
  65:11,13
playing 65:18,22
  72:11,12
please 4:16,22 5:8
point 4:20 5:8

18:17 45:17
47:17 65:2
pointed 36:24
pool 36:22 37:1
  74:1,4
position 7:23
positive 7:16 30:8
possible 43:3
precipitation 27:2
prep 43:23
prepare 11:14
  18:20
prescribe 55:11
prescribed 55:14
  55:22 57:2
prescribes 55:9
prescription
  55:24 56:4,5
  61:8
presence 3:6
present 37:6,9
pressure 74:23
  75:2
pretty 13:22 32:6
  43:15
previously 70:6
  76:12
prices 44:18
pricing 44:16
primary 9:22
  10:2,5,11,18
  59:17
prior 8:2,24 14:23
  15:2,7 16:14,17
  17:6,13,24 18:8
  18:13,16 19:9
  19:17,21 20:3,7
  20:13,15 25:11
  27:5 31:19,21
  33:13 35:18
  42:6 47:6 54:21
  55:15,19 57:12
  57:14,18,19
  58:3,7,10,16
  59:3 66:7 67:11
  69:24 72:12,16

Michael E. Evon

72:19 73:6
**probably** 8:13
17:24 21:8
54:14 56:23
70:12 74:10
75:14
**problem** 40:24
48:1 67:6,8
**problems** 57:17
**procedure** 1:13
51:20 52:3,6,15
52:24 53:18
54:4,10 62:23
63:8
**proceed** 35:10
**process** 53:13
62:20
**products** 44:19
**pronounce** 3:23
**property** 43:5,9
43:11,18 64:10
65:1,9 68:18
70:11
**provide** 23:14
57:8
**provided** 16:6
**providers** 60:19
**Public** 1:16 76:4
**puddle** 29:14,18
29:20 75:5
**pulling** 21:10
**puppy** 37:20 38:1
38:2
**purpose** 13:18
26:11 64:5
71:12
**purposes** 14:9
**pursuant** 1:12,12
3:14
**push** 43:2
**pushing** 18:17
**put** 62:7 75:10

**Q**

**qualify** 47:8
**quantify** 46:14,16

**question** 4:17,19
4:21 12:13 19:8
64:20 72:22
**questions** 4:5 72:5
73:11 75:16
**quick** 48:21 72:9
**quickly** 65:1
**quit** 65:14

**R**

**R** 2:1
**radiates** 14:18
**Randolph** 1:17
2:3 12:20
**read** 11:3
**real** 53:12
**realize** 52:12,21
**really** 10:21 14:3
16:22 18:18
29:21,21 30:7
36:19 48:1 53:3
53:9,11,17
71:17 72:1,9
**recall** 16:13,22
17:3 18:9,18
19:11,11 22:8
25:23 26:20
27:6,13,15,16
27:18 30:16
34:1,5 36:10
41:18 45:13
46:4 51:8 55:22
57:21 60:23
71:17
**received** 46:6,12
46:15 47:5
58:16 61:7
**receiving** 56:3
**Recess** 48:23
**recognize** 11:23
63:2
**recollect** 54:22
**recollection** 10:20
16:21 20:17
25:14 33:11
40:23 45:4

48:11 49:2
73:14 75:8
**recommend** 42:17
45:2 47:11,15
48:18 51:10,13
**recommendation**
41:16
**recommended**
49:3
**recommending**
50:20
**record** 3:3,13 7:8
7:9 65:15,16
68:15
**recorded** 76:7
**recording** 65:10
**records** 8:14 9:1
15:10 16:5,18
16:19,20 17:14
17:16 18:19
40:15 41:20
49:15 58:15
73:13
**recovered** 24:24
**reduced** 76:8
**refer** 49:20
**referred** 25:20
48:5 49:21
**referring** 12:2,6
31:2
**reflect** 3:13
**regard** 22:13
59:18
**regarding** 12:4
23:19 71:4,22
**regardless** 28:19
47:2
**regular** 56:3,5
69:12
**regularly** 9:19
26:8 64:2 65:9
**rehearsal** 66:11
**reinjure** 23:5
**related** 60:21
76:14
**Relatively** 22:23

**relief** 46:5,8,14,19
47:7 50:16
51:19 52:7,9
54:6 57:9
**relieve** 18:4 50:22
**remember** 8:10
17:10,10 22:3
22:18 23:12
26:24 30:7 33:4
34:6 36:16,19
41:2 47:9 53:11
54:13,23 58:8
72:1
**rephrase** 4:22
17:22 26:18
**report** 33:5 35:24
36:4,18
**reporter** 3:1,4
4:11,15 5:5 23:1
**reports** 58:21
**represent** 4:2
**reside** 5:19 6:3
**resolve** 61:24
**resolved** 61:15,22
**response** 5:5
**responses** 5:2
**restaurant** 8:5,19
8:20 69:16
**result** 4:3,7 15:13
70:22
**results** 41:13
42:11 47:24
**retire** 9:24
**retired** 8:21 9:23
10:6
**retirement** 43:16
**return** 52:17 54:9
54:18 65:18
71:6
**returned** 51:24
52:18
**returning** 71:15
73:3
**returns** 63:9
**review** 11:13,16
18:19 32:9

**reviewed** 27:7
**rheumatoid** 74:20
**Rhode** 16:6,10,14
17:13 18:22
19:9,16 22:2,11
23:19 24:1,8,11
40:21 41:9,23
42:10,17 45:2,6
47:11 48:5 51:1
55:14 56:4 57:2
58:5,10 60:4,12
61:8
**Rhode's** 40:14
48:12 49:3,11
49:12,14 55:10
58:15
**right** 5:10 14:14
14:18,21,21
15:9,10,13,24
16:7,10,24
17:19 18:7,12
18:23 19:20
20:2,3 21:4,7,10
21:11 23:5,20
23:22 28:4
29:11,18 32:3,6
32:7,13 33:11
39:6 41:2,4
42:10 45:12,14
54:19 55:15
57:11,17 58:4,7
58:10,17,18,22
59:5,11 60:3
61:22 63:1,19
67:5 68:9 75:17
**ringing** 67:4
**Road** 5:19
**rolled** 21:12,14
**rolls** 38:10
**roofs** 64:6
**room** 24:8
**roughly** 8:12 54:9
**round** 74:13,14
**RPR** 1:16 76:3,21
**rug** 28:7
**rules** 1:13 3:16

Page 84

Michael E. Evon

runner 28:7,12,17
running 38:3
rural 23:2

**S**

S 2:1
sale 26:15 39:4
saw 16:17 17:5
  18:22 19:9,17
  24:11 32:2,3,4,5
  34:13 37:1
  40:21 49:3,10
  49:16,23 51:23
saying 4:13
says 12:12 19:1
scared 49:22
schedule 55:1,2
school 7:12
Schwartz 2:2,3,14
  3:9,9 19:4 48:21
  56:20 59:8 67:4
  72:8 74:15
  75:17
screen 4:12
seal 76:18
second 53:19
  54:10
see 4:11 8:20 9:19
  10:15,21,22
  16:9 22:11,17
  24:1,7,11 27:10
  29:14 31:9,11
  33:12 34:14
  37:2,8,9,11
  40:16 47:22
  49:11,12 50:7
  50:22 58:20,20
  60:3 69:15
  71:13
seek 40:8
seen 10:2 16:14
  16:24 17:13
  23:16 53:24
sell 43:24 68:6
send 24:16
senior 69:17

sent 11:18 35:9
  39:5 47:18
set 52:14 76:17
setting 54:1
shoes 27:19,21
shop 35:11 39:9
  70:24
shopped 26:7
shopping 28:21
  29:10 31:1,3,9
  36:3 70:17 74:2
short 62:11,13
shorter 54:7
shot 62:1
shoulder 14:18,21
  41:1,4,7 57:12
  57:17 58:4,7,10
  58:12,16 59:3
  59:11,24 61:22
show 49:16 53:20
showed 37:2
  42:14 51:7
side 21:14 29:24
  30:2
Sinha 48:9,16
sit 17:11
six 8:1 18:13
  24:23 53:6
  56:23 69:1
sixty 8:21
size 29:19 75:5,14
slipped 28:4,21
  28:23 29:1,5,11
  29:16
small 33:1 43:22
snow 21:6,8,13
  27:4,14 38:10
snowfall 27:5
sold 8:10
somebody 15:23
  33:16 37:4 48:4
  48:5
somewhat 26:22
  26:23
songs 68:14
sons 69:10

Sophia 1:15 76:3
  76:21
sorry 6:8 28:11
  31:20 44:17
  54:13 63:6,7
  67:2,7
sought 15:6 20:9
  40:10
sound 4:23 5:8
  14:15 16:3
  19:24 23:21
  25:21 40:17
  49:17 50:11
sounds 16:4 20:1
speak 4:14 38:13
speaking 5:4
specialist 48:2,3,6
  48:12 49:3,13
  49:19,23
specialty 23:12
specific 51:9
  73:12
specifically 48:7
specified 76:12
specify 19:5
spell 6:19 8:6
spine 48:2,7 49:2
  49:13,19,23
  50:2
splint 22:20
spoke 32:20 36:12
  37:14
spoken 5:2 71:3
spring 43:5
SS 76:1
stand 66:23
standing 37:10
staring 30:14
started 8:9 12:9
  54:18 65:22
  67:4
starting 39:24
  40:2 52:21 54:2
state 1:17 5:10
  9:15 76:1,4
stated 32:21 38:7

statement 71:21
States 1:1,14
  26:10
stayed 21:12,13
stays 73:3
stenographically
  76:8
step 15:24
stepped 21:10
steroid 41:6
stick 51:16
sticks 51:15
stiff 18:4
stiffness 15:3 18:7
  72:21
stipulate 3:2
stipulates 3:11
stomp 28:16
stomped 28:14
store 11:20 25:24
  26:12,16 27:8
  27:17,22 28:18
  35:11,21 36:3
  38:14,21,24
  39:1,10,12
  44:12,13 71:10
stores 44:23,24
strap 66:23
strawberries
  43:21
Street 1:17 2:3,7
stretches 61:17
strike 30:15
studio 65:10
  66:15,16 67:17
  68:5
stuff 58:1,1
subsequent 25:8
subside 45:18
substance 73:16
suit 76:15
Suite 2:7
summer 43:5
supposed 13:1
  51:18 52:19
sure 4:16 7:6 8:9

8:24 12:24
  24:10 30:9
  36:20,21 41:14
  45:19 48:22
surgeries 20:3
surgery 19:1,2,13
  19:20 42:19,20
  42:23 43:4 45:1
  47:13,13 48:18
  49:22
surprised 70:16
surveillance
  11:20 27:8
swear 3:1,4
sweet 43:21
swelling 45:14,17
swollen 45:20,21
  45:24
sworn 3:12,19
  76:6
symptoms 15:3,7
  18:12,15 20:10
  35:14 36:7
  39:15,21 72:15

**T**

take 4:15 5:6,7
  8:22 36:23
  38:18 45:4
  48:21 55:7 71:6
  71:9,16
taken 1:15 3:14
  3:15 43:4 48:23
  55:18 65:5 75:2
takes 55:4 60:14
talk 33:1,19 34:2
talked 30:24
  59:13 60:7,19
  60:20 71:23,24
  72:15
talking 11:20
  13:24 14:1 19:3
  19:5,13 29:20
  33:7 34:16 41:4
  46:24 48:4 50:1
  53:16

Michael E. Evon

tele-health 53:21
Telephone 67:1
tell 6:15 16:16
    19:2,16 29:19
    32:2,16 36:14
    37:16 48:17
    53:11 56:9
    62:14 70:8 75:6
    75:7
telling 32:8 40:23
Temporary 57:10
ten 8:12,24 15:12
term 50:23 63:2
testified 3:20
testify 9:10 76:6
testimony 76:11
Thank 7:8 72:5,6
therapy 24:17
    47:15 57:3,8
thereof 76:16
they'd 33:6
thing 51:5 63:6
things 12:5 13:4
    43:8 70:13
    73:23
think 7:24 8:12
    11:8 12:9,14
    14:3 16:23 21:1
    29:9 30:7,22
    33:4 34:10,13
    36:17 37:2,4
    41:2 42:15
    46:21 49:9,21
    51:3,3 56:21
    58:17,18,22
    59:4,15,21 60:2
    60:24 66:12
    71:8 72:3,4 73:1
    73:18 74:7
thinking 75:11
thought 14:3,11
    58:22
three 10:1,6 53:6
    61:9 69:4,5
throw 52:18
tightening 17:23

18:3,5,7
time 3:7 4:14 9:19
    10:19 11:6,9
    13:1 16:13
    17:12,18 18:6
    19:9 24:2 25:23
    28:18 29:13
    36:21 39:16
    40:10 42:5,21
    42:22 47:4 48:7
    48:7 52:10 54:6
    54:7,8 55:18
    56:1 59:11 61:2
    61:7,17 62:21
    63:9 76:12
times 46:22,22
    50:15 56:20,23
tingling 14:20
Tinley 8:16 10:7
    10:17 26:3 71:1
today 4:5,12 9:9
    9:13,22 10:23
    11:14 17:4,8,11
    18:20 25:16,19
    32:9 44:3 45:24
    73:14
told 19:12 31:18
    34:8 36:17,19
    40:5 48:18
top 12:12 49:7
tore 42:15
torn 42:18
totally 53:3 64:17
tough 75:7
town 7:1,7
tractor 53:8
transcript 76:9,11
travels 44:23
treat 21:24 58:3
treated 16:6
treatment 4:7
    12:5 15:6 18:24
    19:17 20:9,15
    45:2 47:10
    51:10,13 58:6
    58:11 59:14,23

60:6,18 61:20
treatments 49:24
trees 64:7,7
trouble 64:1
true 17:13 76:10
truth 76:6
try 56:16 63:16
trying 9:2 15:18
    15:22 22:7
    29:21 33:3
    54:13 73:21
    74:9
turn 16:1 25:18
    67:3
turning 67:5
Twice 51:22
two 17:2 40:22
    49:16 50:15,15
    57:17,19 58:3
    69:9,9,15 74:9
type 12:4 13:4
    19:2 20:19
    27:19 28:7
    46:11 49:20
    58:6 73:23
typewriting 76:8
typo 58:24

_____

**U**

U.S 7:18,20
uh-huh 5:3
uh-uh 5:3
underneath 13:2
    13:9 29:18
understand 4:21
    15:9 19:8
understanding
    41:12 42:13
    47:20,23 50:19
understood 4:20
United 1:1,14
    26:10 65:13
use 68:1 69:23
usually 62:11

_____

**V**

vacations 65:5
Vacuuming 70:16
verbal 5:5
verifier 44:18
verifies 44:16,18
video 11:24 30:6
    30:9 32:10
videoconferenci...
    1:11
videos 65:17 71:8
    71:9,12,16
videotape 11:18
Virginia 7:6
visit 23:18 26:12
    53:20,21
visits 41:19 57:6
    59:16
vocalist 68:15
vocalists 68:16
vouch 32:5
vs 1:5

_____

**W**

W 76:2
W-e-s-p-h-a-l
    6:20
wait 4:16
wake 39:18
walk 37:23 63:16
    69:21,24 70:4,4
    70:6,9,11
walked 28:1,3,6
    35:5 70:12
walking 21:6 31:8
    36:2 70:3 73:2
want 15:24 17:22
    26:18 37:19,21
    37:23 40:2
    49:22 68:16
wanted 12:24
    13:16,21,23
    14:2 36:20
    37:18 43:2 49:6
    50:22
wasn't 15:21 22:7
    29:21 33:14

37:21 38:5 54:8
    71:18 72:20
watch 69:11
water 29:8,15
    31:12,13,17,22
    33:12 36:22,22
    37:1 73:17,21
    74:1,4 75:5
way 15:20 76:14
    76:15
we're 4:13 9:13
    25:16,19
we've 59:22
wear 11:1,11
    24:22
wearing 10:22
    11:5,9 24:20
    27:19
weather 26:20
    28:19 38:9,10
week 44:9,9 52:12
    53:1 56:21,23
    66:12,21 67:10
weekly 56:14
weeks 24:23 61:9
went 21:9 22:19
    25:24 26:18
    28:20 30:8,13
    30:13 34:11,11
    35:23 36:3,11
    39:1,3 40:16
    60:3
weren't 72:2
Wesphal 6:18
West 1:17 2:3
    12:20
wet 21:6 27:17
    28:24 29:11,15
    73:21
WHEREOF
    76:17
Whoa 11:2 34:4
wife 6:5 15:21
    35:9 39:5,18
    40:5 44:8,11
    53:13 64:11

George E. Rydman & Assoc., Joliet, IL   (815) 727-4363

Michael E. Evon

65:3
**wife's** 6:6
**witness** 3:2,12,18
   56:22 67:2,7
   72:6 74:16
   75:21 76:11,17
**witnessed** 30:17
   30:20
**woke** 39:20
**work** 39:18 44:6
   44:13,20 45:10
   46:23,24 53:7
   56:12,16,17
   57:24,24 65:4
   68:16
**work-related**
   15:14
**worked** 42:7
   46:22 47:3,3
**working** 55:17
   68:9
**works** 44:12,22
   69:16
**wouldn't** 38:11
**Wow** 22:7 34:1
**write** 65:11 68:14
   68:14

_____ **X** _____
**X** 2:11
**X-rays** 22:19
   23:20 41:11,13

_____ **Y** _____
**yeah** 21:19 34:19
   35:15 41:8 49:5
   49:9 58:18,24
   64:4 73:18 74:6
**year** 16:23 18:16
   54:14 65:16
   66:2
**years** 5:24 7:16
   8:8,12,23,24
   10:1,6,14 15:12
   17:2,4,8,24
   40:22 42:8

43:14,14 55:16
55:19 57:17,19
58:3 73:9

_____ **Z** _____
**Zoom** 1:9,11 2:2,6

_____ **0** _____
**05682** 1:5
**084-003792** 76:22

_____ **1** _____
**1** 76:7
**10** 7:16 12:20
**10:01** 1:19
**11** 55:19
**11:29** 75:20
**116** 2:7
**12** 42:8 73:9 74:6
   74:6 75:11,12
**12-string** 67:24
**13th** 4:4 25:20
**14** 13:6 43:3,7
**14th** 13:2
**15th** 13:10
**16** 21:8
**17th** 76:18
**18** 21:8
**18th** 40:16
**19** 51:24
**1985** 8:9
**1st** 13:10

_____ **2** _____
**2** 74:7,8,9,10,10
   75:9,9
**20** 1:5 43:14,14
   54:5,10
**200-A** 2:7
**2010** 16:2
**2011** 19:23
**2019** 4:4 25:20
**2020** 52:1,4 53:16
**2021** 1:19 22:9
   23:6 25:6 54:15
   54:17 76:18

**21** 53:22
**24** 5:24 62:22
**28th** 13:3,7

_____ **3** _____
**3** 2:13 39:19,20
**3-28-49** 5:17
**30** 10:14

_____ **4** _____
**43** 6:16
**46** 6:16
**49** 6:16

_____ **5** _____
**50** 46:18

_____ **6** _____
**6-string** 67:24
**60** 1:17 2:3 12:20
**60432** 2:8
**60601** 1:18 2:4
**63** 8:22,22

_____ **7** _____
**72** 2:14
**73** 8:23
**7308** 5:19
**74** 2:14
**76** 76:7
**7th** 1:19

_____ **8** _____

_____ **9** _____
**9** 26:1
**90** 46:19
**90s** 8:11