# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Mike Evon,

Plaintiff(s),

v.

Menard, Inc.,

Defendant(s).

Case No. 1:20-cv-05682
Judge Beth W. Jantz

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant
and against plaintiff(s) Mike Evon:

Plaintiff Mike Evon brought suit against defendant Menard, Inc. ("Menards") following a slip-and-fall incident at Menards' Tinley Park, Illinois location. Defendant now moves for summary judgment, arguing that plaintiff's fall was the result of a natural accumulation of water for which Menards is not liable as a matter of Illinois law. The Court agrees and accordingly enters summary judgment in defendant's favor.

Defendant(s) shall recover costs from plaintiff(s)

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Beth W. Jantz on Motion for Summary Judgment.

Date: 8/11/2022

Thomas G. Bruton, Clerk of Court
Anthony J. Squillante, Deputy Clerk